Steven Mitnick, Esq.
Mitnick & Malzberg, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel for Plaintiff

**08 CV 02958**

Melissa A. Pena, Esq. (MP-3320)
Norris, McLaughlin & Marcus
875 Third Avenue, 18th Floor
New York, New York 10022
(212) 808-0700
Local Counsel for Plaintiff

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JEKYLL & HYDE, INC.; DEACON BRODY MANAGEMENT INC. d/b/a JEKYLL & HYDE GREENWICH VILLAGE and DONALD R. FINLEY; BAYVILLE ENTERTAINMENT INC. d/b/a BAYVILLE ADVENTURE PARK; SIXTH AVENUE FOOD SERVICES LTD.; NEW CASTLE FOODS INC.; DAVEY JONES LOCKER MANAGEMENT, INC. d/b/a SHIP WRECK TAVERN; and 186 WEST 4TH ST. MANAGEMENT CO. INC. d/b/a OLIVERS BAR & GRILL,<br><br>    Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Case No. 08-CV-02958<br>ECF Case<br><br>**Rule 7.1 Disclosure Statement** |

Pursuant to Fed. R. Civ. P. 7.1, plaintiff, SYSCO FOOD SERVICES OF METRO NEW YORK, LLC, hereby identifies that plaintiff is a wholly owned subsidiary of Sysco Corporation, which is a publicly traded company.

N:\MAP\Sysco\Rule 7.1 Disclosure.doc

Dated: New York, New York
      March 20, 2008

                                      Respectfully submitted,

                                      NORRIS, McLAUGHLIN & MARCUS, PA

                                      */s/ Melissa A. Peña*
                                      Melissa A. Peña (MP3320)
                                      875 Third Avenue, 18th Floor
                                      New York, New York 10022
                                      Telephone: (212) 808-0700
                                      Attorneys for Plaintiff

TO:    Jekyll & Hyde, Inc.
        1409 Avenue of the Americas
        New York, NY 10019

        Deacon Brody Management Inc. d/b/a Jekyll & Hyde Greenwich Village
        1409 Avenue of the Americas
        New York, NY 10019

        Bayville Entertainment Inc. d/b/a Bayville Adventure Park
        1409 Avenue of the Americas
        New York, NY 10019

        Sixth Avenue Food Services Ltd.
        1409 Avenue of the Americas
        New York, NY 10019

        New Castle Foods, Inc.
        1409 Avenue of the Americas
        New York, NY 10019

        Davey Jones Locker Management Inc. d/b/a Ship Wreck Tavern
        1409 Avenue of the Americas
        New York, NY 10019

        186 West 4th St. Management Co., Inc. d/b/a Olivers Bar & Grill
        1409 Avenue of the Americas
        New York, NY 10019

Donald R. Finley
1409 Avenue of the Americas
New York, NY 10019

N:\MAP\Sysco\Rule 7.1 Disclosure.doc