UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
4/15/08

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC | 08 CV 02958 (BSJ) |
| Plaintiff, | |
| v. | |
| JEKYLL & HYDE, INC.; DEACON BRODY MANAGEMENT INC. d/b/a JEKYLL & HYDE GREENWICH VILLAGE and DONALD R. FINLEY; BAYVILLE ENTERTAINMENT INC. d/b/a BAYVILLE ADVENTURE PARK; SIXTH AVENUE FOOD SERVICES LTD.; NEW CASTLE FOODS INC.; DAVEY JONES LOCKER MANAGEMENT, INC. d/b/a SHIP WRECK TAVERN; and 186 WEST 4TH ST. MANAGEMENT CO. INC. d/b/a OLIVERS BAR & GRILL, | ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |
| Defendants | |

Upon the motion of Melissa A. Pena of the law firm of Norris, McLaughlin & Marcus, P.A., attorneys for Plaintiff, Sysco Food Services of Metro New York, LLC and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Applicant's Name: Steven Mitnick, Esq.
Firm Name: Mitnick & Malzberg, P.C.
Address: 29 Race Street
City/State/Zip: Frenchtown, NJ 08825
Phone Number: (908) 996-3716
Fax Number: (908) 996-7743

is admitted to practice *pro hac vice* as counsel for Plaintiff, Sysco Food Services of Metro New York, LLC in the above-captioned case in the United States District

N:\MAP\Sysco\Motion to Admit Counsel Pro Hac Vice.doc

Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electric Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: April 11, 2008
New York, New York

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

N:\MAP\Sysco\Motion to Admit Counsel Pro Hac Vice.doc