UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC, | Case No. 08 CV 02958 |
| Plaintiff, | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| - against - | |
| JEKYLL AND HYDE, INC., DEACON BRODY MANAGEMENT INC. d/b/a JEKYLL & HYDE GREENWICH VILLAGE and DONALD R. FINLEY, BAYVILLE ENTERTAINMENT INC. d/b/a BAYVILLE ADVENTURE PARK, SIXTH AVENUE FOOD SERVICES LTD., NEW CASTLE FOODS INC., DAVEY JONES LOCKER MANAGEMENT, INC. d/b/a SHIP WRECK TAVERN, AND 186 WEST 4TH ST. MANAGEMENT CO. INC. d/b/a OLIVERS BAR AND GRILL, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Defendants JEKYLL AND HYDE, INC., DEACON BRODY MANAGEMENT, INC. d/b/a JEKYLL & HYDE GREENWICH VILLAGE and DONALD R. FINLEY, BAYVILLE ENTERTAINMENT INC. d/b/a BAYVILLE ADVENTURE PARK, SIXTH AVENUE FOOD SERVICES LTD., NEW CASTLE FOODS INC., DAVEY JONES LOCKER MANAGEMENT, INC. d/b/a SHIP WRECK TAVERN, AND 186 WEST 4TH ST. MANAGEMENT CO. INC. d/b/a OLIVERS BAR AND GRILL, by and through its undersigned counsel, certifies that it has no parent corporation and no publicly held corporation owns more than 10% of its member interests.

Dated:  May 7, 2008

                      Respectfully submitted,

                      By: /s/ Lawrence W. Rader  (LR 6594)

                      Lawrence W. Rader, Esq.

                      225 Broadway Suite 400
                      New York, New York 10007
                      Telephone: (212) 791-5200
                      Facsimile: (212) 791-5400

*Attorney for Jekyll and Hyde, Inc., Deacon Brody Management, Inc. D/b/a Jekyll & Hyde Greenwich Village and Donald R. Finley, Bayville Entertainment Inc. D/b/a Bayville Adventure Park, Sixth Avenue Food Services Ltd., New Castle Foods Inc., Davey Jones Locker Management, Inc. D/b/a Ship Wreck Tavern, and 186 West 4th St. Management Co. Inc. D/b/a Olivers Bar and Grill*