Steven Mitnick, Esq.
Admitted *Pro Hac Vice*
Mitnick & Malzberg, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel for Plaintiff

Melissa A. Pena, Esq. (MP-3320)
Norris, McLaughlin & Marcus
875 Third Avenue, 18th Floor
New York, New York 10022
(212) 808-0700
Local Counsel for Plaintiff

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JEKYLL & HYDE, INC.; DEACON BRODY MANAGEMENT INC. d/b/a JEKYLL & HYDE GREENWICH VILLAGE and DONALD R. FINLEY; BAYVILLE ENTERTAINMENT INC. d/b/a BAYVILLE ADVENTURE PARK; SIXTH AVENUE FOOD SERVICES LTD.; NEW CASTLE FOODS INC.; DAVEY JONES LOCKER MANAGEMENT, INC. d/b/a SHIP WRECK TAVERN; and 186 WEST 4TH ST. MANAGEMENT CO. INC. d/b/a OLIVERS BAR & GRILL,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Case No. 08-cv-02958 |

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNTS I, II, III, IV, V, VI AND VII OF THE COMPLAINT
PURSUANT TO FED. R. CIV. P. 56**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Charnelle

Harvey, sworn to on July 24, 2009, the Declaration of Melissa A. Peña, sworn to on July

24, 2009, the Declaration of Steven Mitnick, sworn to on July 22, 2009, and all exhibits annexed thereto, plaintiff's Statement pursuant to Local Rule 56.1, the accompanying Memorandum of Law in Support, and all prior pleadings and proceedings in this action, plaintiff, Sysco Food Services of Metro New York LLC ("Sysco"), will move this Court, at a date and time to be determined, pursuant to Federal Rule of Civil Procedure 56 seeking judgment on Counts I, II, III, IV, V, VI and VII of the Complaint against defendants and granting such other and further relief as this Court deems just and proper.

**NOTICE IS FURTHER GIVEN** that responses to the Motion, if any, shall be served on Norris McLaughlin & Marcus, P.A., 875 Third Avenue, 18th Floor, New York, New York, 10022.

Dated: July 24, 2009
      New York, New York

                      NORRIS MCLAUGHLIN & MARCUS, P.A.

                      /s/ Melissa A. Peña
                      Melissa A. Peña (MP-3320)
                      875 Third Avenue, 18th Floor
                      New York, New York 10022
                      (212) 808-0700
                      *Local Counsel for Plaintiff, Sysco Food Services of Metro New York, LLC*
                      -and-
                      Steven Mitnick, Esq.
                      Admitted *Pro Hac Vice*
                      Mitnick & Malzberg, P.C.
                      29 Race Street
                      Frenchtown, New Jersey 08825
                      (908) 996-3716
                      *Co-Counsel for Plaintiff, Sysco Food Services of Metro New York, LLC*

To:    Lawrence Rader, Esq.
        225 Broadway, Suite 400
        New York, New York 10007
        (Via ECF)