```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
SYSCO FOOD SERVICE OF METRO              : 08 Civ. 2958 (BSJ) (JCF)
NEW YORK, LLC,                           :
                                         :
                Plaintiff,               :      ORDER
                                         :
       - against -                       :
                                         :
JEKYLL & HYDE, INC. and                  :
SIXTH AVENUE FOOD SERVICES LTD.,         :
                                         :
                Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

>USDS SDNY
>DOCUMENT
>ELECTRONICALLY FILED
>DOC #: _____
>DATE FILED: 12/23/09

Plaintiff having filed an Amended Complaint and defendants having answered, it is hereby ORDERED as follows:

1. All discovery shall be completed by February 26, 2010.

2. The joint pretrial order shall be submitted by March 31, 2010 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*[signature: James C. Francis IV]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         December 23, 2009

1

Copies mailed this date:

Melissa A. Pena, Esq.
Norris, McLaughlin & Marcus, P.A.
875 Third Avenue, 18th Floor
New York, New York 10022

Steven Mitnick, Esq.
Mitnick & Malzberg, P.C.
P.O. Box 429
29 Race Street
Frenchtown, New Jersey 08825

Lawrence W. Rader Esq.
225 Broadway, Suite 400
New York, New York 10007