Steven Mitnick, Esq.
Admitted *Pro Hac Vice*
Mitnick & Malzberg, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel for Plaintiff

Melissa A. Pena, Esq. (MP-3320)
Norris, McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JEKYLL & HYDE, INC.; and SIXTH AVENUE FOOD SERVICES LTD,<br>　　　　　　　　　　Defendants. | Civil Case No. 08-cv-02958 |

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNTS I AND II OF THE AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. P. 56**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Charnelle Harvey, sworn to on January 28, 2010, and all exhibits annexed thereto, plaintiff's Statement pursuant to Local Rule 56.1, the accompanying Memorandum of Law in Support, and all prior pleadings and proceedings in this action, plaintiff, Sysco Food Services of Metro New York LLC ("Sysco"), will move this Court, at a date and time to be determined, pursuant to Federal Rule of Civil

Procedure 56 seeking judgment on Counts I and II of the Amended Complaint against defendants and granting such other and further relief as this Court deems just and proper.

**NOTICE IS FURTHER GIVEN** that responses to the Motion, if any, shall be served on Norris McLaughlin & Marcus, P.A., 875 Third Avenue, 8th Floor, New York, New York, 10022.

Dated: February 1, 2010
       New York, New York

                NORRIS MCLAUGHLIN & MARCUS, P.A.

                /s/ Melissa A. Peña
                Melissa A. Peña (MP-3320)
                875 Third Avenue, 8th Floor
                New York, New York 10022
                (212) 808-0700
                *Local Counsel for Plaintiff, Sysco Food Services of Metro New York, LLC*
                -and-
                Steven Mitnick, Esq.
                Admitted *Pro Hac Vice*
                Mitnick & Malzberg, P.C.
                29 Race Street
                Frenchtown, New Jersey 08825
                (908) 996-3716
                *Co-Counsel for Plaintiff, Sysco Food Services of Metro New York, LLC*

To:    Lawrence Rader, Esq.
        225 Broadway, Suite 400
        New York, New York 10007
        (Via ECF)