Steven Mitnick, Esq.
Admitted *Pro Hac Vice*
Mitnick & Malzberg, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel for Plaintiff

Melissa A. Peña, Esq. (MP-3320)
Norris, McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEKYLL & HYDE, INC.; and SIXTH AVENUE FOOD SERVICES LTD,<br>　　　　　　　　　　Defendants. | Civil Case No. 08-cv-02958<br><br>PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 56.1 |

　　　　Pursuant to Local Rule 56.1, plaintiff, Sysco Food Services of Metro New York, LLC ("Sysco") submits the following Statement of Material Facts:

　　　　1.　　Sysco is a company incorporated in the State of Delaware with an office located at 20 Theodore Conrad Drive, Jersey City, New Jersey.  Harvey Dec. at ¶ 3.

　　　　2.　　Sysco is engaged in the business of distributing food and related products (the "Goods") to restaurants, hospitals, schools and other businesses which serve food.  Id.

3. Defendants, Jekyll & Hyde, Inc. ("Jekyll") and Sixth Avenue Foods Services Ltd. ("Sixth Avenue") (jointly referred to as the "Defendant Entities") each established open book accounts with Sysco to purchase Goods from Sysco in return for payment. Id. at ¶ 4.

4. Defendant Entities placed a series of orders for the Goods from Sysco during the period from 2005 through 2008 agreeing to remit payment when the invoices came due. Id. at ¶¶ 5 and 13.

5. Sysco issued various invoices to the Defendant Entities during this time period. Id. at ¶¶ 6 and 14; see also Exhibits A-D to Harvey Dec.

6. The invoices identify items purchased, the quantity, the cost, and when each payment is due thereon. Id.

7. Sysco delivered the Goods set forth on the invoices to the Defendant Entities. Harvey Dec. at ¶¶ 7 and 15.

8. Each of the Defendant Entities accepted the delivery of the Goods set forth on the invoices. Id. at ¶¶ 8 and 16.

9. None of the Defendant Entities ever notified Sysco of any rejection of the Goods set forth on the invoices. Id. at ¶¶ 9 and 17.

10. None of the Defendant Entities ever notified Sysco at any time that the Goods did not conform to what the Defendant Entities had ordered. Id. at ¶¶ 10 and 18.

11. None of the Defendant Entities ever notified Sysco of any objection to the price of the Goods set forth on the invoices. Id. at ¶¶ 11 and 19.

12. Jekyll has failed to remit or remitted only partial payment on the invoices issued by Sysco and the amount of $205,212.64 remains due and owing from Jekyll. Id. at ¶ 12.

13. Sixth Avenue has failed to remit or remitted only partial payment on the invoices issued by Sysco and the amount of $457,335.66 remains due and owing from Sixth Avenue. Id. at ¶ 20.

14. Despite Sysco's demand, each of the Defendant Entities has failed to remit payment to Sysco on the outstanding invoices. Id. at ¶ 21.

For all of the foregoing reasons and the reasons set forth in the Memorandum of Law submitted herewith, Sysco respectfully requests that judgment be entered against defendants on Counts I and II of the Amended Complaint.

Dated:  New York, New York
        February 1, 2010

Respectfully submitted,

By: /s/ Melissa A. Peña
    Melissa A. Peña (MP-3320)
    Norris, McLaughlin & Marcus, P.A.
    875 Third Avenue, 8th Floor
    New York, NY 10022
    (212) 808-0700
    Attorneys for Plaintiff
    *Sysco Food Services of Metro New York, LLC*

    -and-

Steven Mitnick, Esq.
Admitted *Pro Hac Vice*
Mitnick & Malzberg, P.C.
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
*Co-Counsel for Plaintiff, Sysco Food Services of Metro New York, LLC*