Steven Mitnick, Esq.
Admitted *Pro Hac Vice*
Mitnick & Malzberg, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel for Plaintiff

Melissa A. Peña, Esq. (MP-3320)
Norris, McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JEKYLL & HYDE, INC.; and SIXTH AVENUE FOOD SERVICES LTD,<br>Defendants. | Civil Case No. 08-cv-02958<br><br>DECLARATION OF CHARNELLE HARVEY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S MOTION SEEKING LEAVE TO FILE THE SECOND AMENDED COMPLAINT |

I, Charnelle Harvey, declare, under the penalty of perjury, as follows:

1.      I am the Director of Credit of plaintiff, Sysco Food Services of Metro New York,

LLC ("Sysco"). In this capacity, my responsibilities include overseeing the collection of

delinquent accounts for Sysco. I am familiar with the facts of this case based on my personal

knowledge and my review of the books and records that Sysco maintains in the ordinary course

of its business.

2.     I submit this Declaration in further support of Sysco's Motion for Partial Summary Judgment on Counts I and II of the Amended Complaint, pursuant to Federal Rule of Civil Procedure 56, and in support of Sysco's Motion Seeking Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).

## Sysco's Principal Place of Business

3.     Sysco has a principal place of business located at 20 Theodore Conrad Drive, Jersey City, New Jersey (hereinafter the "New Jersey Office"). The New Jersey Office is the place where Sysco's officers direct and control Plaintiff's corporate activities, including, but not limited to company procedures governing opening accounts, shipping goods, pricing for goods, servicing clients, resolving open accounts and employment and human resources policies.

## Plaintiff Does Not Seek to Recover the Same Invoices in State Court

4.     I have reviewed Defendants' opposition to Plaintiff's motion for partial summary judgment. I understand that Defendants contend that Sysco is seeking to collect in this action on the same invoices that it seeks to recover on in two separate state court actions. There is no merit to Defendants' position.

5.     Every time Sysco ships new product to a customer, an invoice is created with an invoice number. If an invoice is not paid by the customer, the balance remaining on such invoice is not carried over to a new invoice. Instead, Sysco simply seeks to collect from a customer on the outstanding invoice under its original invoice number. This is the manner in which Sysco bills its customers, including the Defendants in this case. Sysco also billed other bars/restaurants, which, upon information and belief, are owned by Defendants' principal, Donald R. Finley (hereinafter referred to as Defendants' Affiliates"), in this same manner.

6.     In 2007 and 2008, Defendants and Defendants' Affiliates failed to pay various invoices due and owing from Sysco. As a result, Sysco submitted a claim to its credit insurance company, Euler Hermes ("E&H"), to recover on outstanding invoices due from defendant, Jekyll & Hyde ("J&H") and Slaughtered Lamb Pub ("Slaughtered Lamb") (hereinafter the invoices shall jointly be referred to as the "Transferred Invoices"). E&H paid Sysco a discounted rate on the Transferred Invoices, which were the subject of the claim and, in turn, obtained the right to sue to recover on such invoices from J&H and Slaughtered Lamb.

7.     Thereafter, on or about January 22, 2009, E&H, in the name of Sysco, commenced an action in New York Supreme Court, County of New York against J&H seeking to recover on Transferred Invoices totaling approximately $315,000. Annexed hereto as Exhibit "A" is a true and accurate copy of the Verified Complaint.

8.     In addition, on July 16, 2009, E&H, in the name of Sysco, commenced an action in the Civil Court of the City of New York, County of New York seeking to recover on Transferred Invoices totaling approximately $8,200. Annexed hereto as Exhibit "B" is a true and accurate copy of the Verified Complaint.

9.     Contrary to Defendants' claim, the invoices that Sysco seeks to recover from J&H and defendant, Sixth Avenue Food Services Ltd. ("Sixth") in this action are *different* invoices than what are being sought by E&H in the two state court actions. None of the invoices sought in this action have the same invoice numbers as those sought in the state court actions. Annexed hereto as Exhibit "C" is a chart outlining the invoices being sought in each of the three actions and it is evident that all of the invoices have different invoice numbers. As set forth above, Sysco does not carry the balance from an unpaid invoice to a new invoice with a new invoice number and, thus, there is not even a prospect that the amounts sought in this action are identical

3

to those being sought in the state court actions on invoices with wholly distinguishable invoice numbers.

10.    If Defendants bothered to match the invoices that Sysco seeks in this action as set forth on the summary sheets attached to my January 28, 2010 declaration with the summary of invoices filed by counsel for Sysco in the state court action against J&H, Defendants would have found that the invoice numbers being sought in the two actions are different. Compare the Summary of Invoices Sought by Sysco in this Action, attached as Exhibit "D", and the Summary of Invoices Sought by Sysco in the State Court Action Against J&H, which were attached to Sysco's motion for summary judgment in that action, attached as Exhibit "E."

11.    Moreover, there is no threat that Sysco would seek to collect on the Transferred Invoices after they were transferred to E&H. Upon the transfer, Sysco's account records were changed to provide that these invoices are "closed."

**Proper Application of Payments**

12.    I understand that Defendants further contend that Sysco billed various arrears owed to Plaintiff by Defendant and Defendants' Affiliates under a single account know as the "Jekyll & Hyde Note" without their authorization. This is simply not true. On August 8, 2007, Sysco wrote to Donald R. Finley ("Finley"), the principal of Defendants, regarding the outstanding arrears owed by his multiple companies which totaled in excess of $1.1 million. The multiple companies included the following: Bayville Entertainment, Inc. d/b/a Bayville Adventure Park, Jekyll & Hyde, Inc., Sixth Avenue Food Services Ltd., Slaughtered Lamb, New Castle Foods Inc., Davey Jones Locker Management, Inc. d/b/a Ship Wreck Tavern and 186 West 4th Street Management Co. Inc. d/b/a Olivers Bar and Grill. Annexed hereto as Exhibit "F" is a true and accurate copy of Sysco's August 8, 2007 correspondence.

4

13.    Thereafter, Sysco reached an agreement with Finley whereby he agreed (on behalf of his companies) to a payment plan to cure the outstanding arrears. Annexed hereto as Exhibit "G" is a true and accurate copy of my correspondence to Finely confirming such agreement. Sysco established the Jekyll & Hyde note upon the request of Finley in order to assist him in paying off the arrears owed to Sysco. As such, Finley requested that Sysco bill him in this manner and never objected to this form of billing.

**Sixth's Credit Application**

14.    I further understand that the Affidavit of Finley submitted in opposition to Plaintiff's motion for partial summary judgment provides that "[t]here is no such entity named Sixth Avenue Food Services Ltd. and [Finley has] neither ever formed (or caused to be formed) any such entity, nor [has he] done business under such a trade name, either as a corporation, or a sole proprietorship." See Finley Aff. at ¶ 1.

15.    Finley's statements, which he swears to under oath, are directly contrary to an October 18, 2001 Customer Account Application (the "Application") submitted by Finley to Sysco. Annexed hereto as Exhibit "H" is a true and accurate copy of the Application. The name of the applicant was filled in by Finley who represented that he was the authorized agent and President of Sixth Avenue Food Services Ltd. The Application further identifies that the "Ownership Name" of the business entity where Sysco should ship product to as "Sixth Avenue Food Services Ltd," that shipments should be made to 1409 Sixth Avenue, New York, New York, and sets forth a tax identification number for Sixth.

16.    Furthermore, on October 29, 2007, Finley wrote an email to David C. Levy, an employee of Sysco, requesting that payment be applied to "the June 06 6th Ave account bills." Annexed hereto as Exhibit "I" is a true and accurate copy of Finley's October 29, 2007 email,

which was produced by Defendants in discovery as evidenced by the bates-stamp number 000465.

17.    Given Finley's execution of the Application and acknowledgment of the Sixth Avenue account, Sysco seeks leave to file the Second Amended Complaint, annexed hereto as Exhibit "J", which seeks to hold Finley liable for fraud and the outstanding invoices due from Sixth and to hold Finley jointly and severally liable for the amounts due from Defendants.

Dated:  May 27, 2010

CHARNELLE HARVEY

6

# EXHIBIT A

*THIS ACTION IS WITHIN THE JURISDICTION*
*OF THE DESIGNATED COURT*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
SYSCO FOOD SERVICES OF METRO NY, LLC,

                                    *Plaintiff,*

              -against-

JEKYLL AND HYDE CLUB NEW YORK L.L.C.,

                                    *Defendant.*
-----------------------------------------------------------------X

*To the above named defendant:*

Index No. 600241 09
Date Filed: JAN 28 2009

Plaintiff designates
New York County as the
place of trial.

The basis of the venue is
defendant's place of business.

***SUMMONS***
Plaintiff's business address:
20 Theodore Conrad Drive
Jersey City, NJ  07305
*County of Hudson*

         ***YOU ARE HEREBY SUMMONED*** to answer the complaint in this action and to serve a copy of
your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the
plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or
within 30 days after the service is complete if this summons is not personally delivered to you within the
State of New York); and in case of your failure to appear or answer, judgment will be taken against you
by default for the relief demanded in the complaint.

Dated: New York, New York
       January 27, 2009

                                    Yours, etc.,

                                    ANES, FRIEDMAN, LEVENTHAL &
                                    BALISTRERI, ATTORNEYS AT LAW, PLLC

                                    By: _____
                                        CHARLES M. BALISTRERI, ESQ.
                                    Attorneys for Plaintiff
                                    299 Broadway, Suite 820
                                    New York, NY  10007
                                    (212) 962-0360

*Defendant's Address:*

1409 6th Avenue
New York, NY  10019
(212) 541-9505

NEW YORK
COUNTY CLERK'S OFFICE
JAN 28 2009
NOT COMPARED
WITH COPY FILED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
SYSCO FOOD SERVICES OF METRO NY, LLC,

                   *Plaintiff,*

       *-against-*

JEKYLL AND HYDE CLUB NEW YORK L.L.C.,

                  *Defendant.*
-------------------------------------------------------------------X

*Index No.* 600241/09

**_VERIFIED COMPLAINT_**

Plaintiff SYSCO FOOD SERVICES OF METRO NY, LLC ("SYSCO"), by its attorneys ANES, FRIEDMAN, LEVENTHAL & BALISTRERI, ATTORNEYS AT LAW, PLLC, as and for its Complaint, respectfully shows and alleges:

    1.    That at all times hereinafter mentioned, the plaintiff SYSCO was and continues to be a foreign limited liability company duly organized and existing under and by virtue of the laws of the State of Delaware, having its principal place of business located at 20 Theodore Conrad Drive, Jersey City, NJ 07305.

    2.    That at all times hereinafter mentioned, the defendant JEKYLL AND HYDE CLUB NEW YORK L.L.C. ("JEKYLL AND HYDE") was, upon information and belief, a foreign limited liability company, having its principal place of business located at 1409 6th Avenue, New York, NY 10019.

<div align="center">

***AS AND FOR A FIRST CAUSE OF ACTION***
***FOR GOODS SOLD AND DELIVERED***

</div>

    3.    Plaintiff repeats, realleges and reasserts paragraphs number "1" through "2" with the same force and effect as if same were more fully set forth herein.

    4.    That on or about and between August 2, 2006 and March 31, 2008, plaintiff sold and actually delivered goods, wares and merchandise to defendant JEKYLL AND HYDE in the agreed sum

<div align="center">1</div>

and reasonable value, the balance of which sum presently due and owing plaintiff by defendant is the sum of $315,651.69.

5.      That although due demand has been made by plaintiff upon the defendant to pay the aforesaid sum, no part of said sum has been paid.

<div align="center">

***AS AND FOR A SECOND CAUSE OF ACTION***
***BASED ON ACCOUNT STATED***

</div>

6.      Plaintiff repeats, realleges and reasserts paragraphs number "1" through "5" with the same force and effect as if same were more fully set forth herein.

7.      That on or about May 6, 2008, an account stated was duly rendered by plaintiff to defendant in the sum of $315,651.69, which said defendant retained and accepted without objection.

8.      That although due demand has been made by plaintiff upon defendant to pay the aforesaid sum, no part of said sum has been paid.

WHEREFORE, plaintiff demands judgment against defendant JEKYLL AND HYDE as follows: (a) in the First Cause of Action in the sum of $315,651.69; and (b) in the Second Cause of Action in the sum of $315,651.69, with interest from May 6, 2008, together with costs and disbursements of this action.

Yours, etc.,

ANES, FRIEDMAN, LEVENTHAL &
BALISTRERI, ATTORNEYS AT LAW, PLLC

By: _____
      CHARLES M. BALISTRERI, ESQ.
Attorneys for Plaintiff
299 Broadway, Suite 820
New York, NY 10007
(212) 962-0360

## *CORPORATE VERIFICATION*

STATE OF NEW JERSEY)
COUNTY OF HUDSON  )SS:


CHARNELLE HARVEY, being duly sworn, says that deponent is the Director of Accounting of SYSCO FOOD SERVICES OF METRO NY, LLC herein, that the deponent has read the foregoing *Complaint* and knows the contents thereof, and the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes them to be true.  The reason why this Verification is made by deponent is that deponent is an officer, to wit, the Director of Accounting of SYSCO FOOD SERVICES OF METRO NY, LLC, which is a Delaware corporation, and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not herein stated upon deponent's knowledge are as follows:

- Books, records and papers of the corporation kept in the regular course of business.


CHARNELLE HARVEY
Director of Accounting


Sworn to before me this
22 day of January, 2009.

Notary Public

MELINDA SHARELLE MURPHY
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/30/2012

3

ANES, FRIEDMAN, LEVENTHAL & BALISTRERI
ATTORNEYS AT LAW, PLLC

Index No. 600241        Year 20 09

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SYSCO FOOD SERVICES OF METRO NY, LLC,

                    Plaintiff,

    -against-

JEKYLL AND HYDE CLUB NEW YORK L.L.C.,

                    Defendant.

VERIFIED COMPLAINT

ANES, FRIEDMAN, LEVENTHAL & BALISTRERI
ATTORNEYS AT LAW, PLLC
*Attorneys for*   Plaintiff              CHARLES M. BALISTRERI, ESQ.

299 BROADWAY
BOROUGH OF MANHATTAN  NEW YORK, N.Y. 10007-1981
(212) 962-0360

*To:*

*Attorney(s) for*

*Service of a copy of the within*                           *is hereby admitted.*

*Dated:*

                        *Attorney(s) for*

PLEASE TAKE NOTICE

☐
NOTICE OF
ENTRY
  *that the within is a (certified) true copy of a*
  *entered in the office of the clerk of the within named Court on*                    20

☐
NOTICE OF
SETTLEMENT
  *that an Order of which the within is a true copy will be presented for settlement to the Hon.*
  *one of the judges of the within named Court,*
  *at*
  *on*                          20      , *at*              M.

*Dated:*

# EXHIBIT B

Court Index No.

SUMMONS

File No.

Plaintiff

Plaintiff's address:

against

Defendant

The basis of the venue is:

*TO THE ABOVE NAMED DEFENDANT(S):*

# YOU ARE HEREBY SUMMONED

Upon you, will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated:

*Attorneys for Plaintiff*

**NOTE:** The law provides that:

(a)  If this summons is served by delivery to you personally within the you must appear and answer within days after such service; or

(b)  If this summons is served by delivery to any person other than you personally or is served outside the or by publication or by any means other than personal delivery to you within the you are allowed days after

Court Index No.

File No.

VERIFIED COMPLAINT

Plaintiff

against

Defendants

Plaintiff, by its attorneys, complaining of the defendant(s), respectfully alleges:

That the defendants reside in the county in which this action is brought; defendant(s) transacted business within the county in which this action is brought in person or through his agent and that the instant cause of action arose out of said transaction.

WHEREFORE, plaintiff demands judgment against the defendant for the sum of $                    with interest from                    together with costs and disbursements.

Attorneys for plaintiff

N.Y.C. 10013

# EXHIBIT C

| New York Supreme Court Jekyll & Hyde | New York Civil Court Jekyll & Hyde | New York Federal Court Jekyll & Hyde | New York Federal Court Sixth Avenue Food Services |
|---|---|---|---|
| Invoice Numbers Ending with SCHG | | | |
| | | | |
| 59645SCHG | 59591SCHG | 59864SCHG | 61720SCHG |
| 59140SCHG | 59099SCHG | 59365SCHG | 59646SCHG |
| 58567SCHG | 58510SCHG | 58866SCHG | 59141SCHG |
| 58001SCHG | 57940SCHG | 58279SCHG | 58568SCHG |
| 57459SCHG | 57412SCHG | 57740SCHG | 58002SCHG |
| 56922SCHG | 56873SCHG | 57208SCHG | 57460SCHG |
| 56324SCHG | 56271SCHG | 56651SCHG | 56923SCHG |
| 55743SCHG | 55702SCHG | 56043SCHG | 56325SCHG |
| 55183SCHG | 55128SCHG | 55484SCHG | 55744SCHG |
| 54660SCHG | 54612SCHG | 54943SCHG | 55184SCHG |
| 54106SCHG | 54049SCHG | 54438SCHG | 54661SCHG |
| 53501SCHG | 53450SCHG | 53876SCHG | 54107SCHG |
| 52924SCHG | 5287SCHG | 53293SCHG | 53502SCHG |
| 52374SCHG | 52322SCHG | 52737SCHG | 52375SCHG |
| 51719SCHG | 51644SCHG | 52193SCHG | 51100SCHG |
| 51099SCHG | 51040SCHG | 51533SCHG | 50523SCHG |
| 50522SCHG | 50462SCHG | 50943SCHG | 49955SCHG |
| 49954SCHG | 49897SCHG | 50367SCHG | 48845SCHG |
| 49388SCHG | 49335SCHG | 49796SCHG | |
| 48844SCHG | 48799SCHG | 48785SCHG | |
| | | 48784SCHG | |
| | | 48282SCHG | |
| | | 48234SCHG | |
| | | 48219SCHG | |
| | | 48217SCHG | |
| | | 47768SCHG | |
| | | 47767SCHG | |
| | | 47699SCHG | |
| | | 47698SCHG | |
| | | 47116SCHG | |
| | | 47115SCHG | |
| | | 47046SCHG | |
| | | 47030SCHG | |
| | | 46457SCHG | |
| | | 46405SCHG | |
| | | 46385SCHG | |
| | | 45808SCHG | |
| | | 45749SCHG | |
| | | 45724SCHG | |
| | | 45143SCHG | |
| | | 43624SCHG | |

| New York Supreme Court<br>Jekyll & Hyde | New York Civil Court<br>Jekyll & Hyde | New York Federal Court<br>Jekyll & Hyde | New York Federal Court<br>Sixth Avenue Food Services |
|---|---|---|---|
| | | | |
| **Invoice Numbers Ending with PU** | | | |
| 0913303PU | 0917105PU | | |
| 0900383PU | | | |
| 0886311PU | | | |
| **Invoice Numbers Starting with 8** | | | |
| | | | |
| 801291346 | 802250225 | | 801040596 |
| 801280019 | 802151559 | | 801110058 |
| 801181546 | 802011648 | | 801190078 |
| 801160221 | | | 801251461 |
| 801140033 | | | 801260184 |
| 801070026 | | | 801260187 |
| 801050159 | | | 802010941 |
| | | | 802020069 |
| | | | 802090315 |
| | | | 802130109 |
| | | | 802140186 |
| | | | 802160106 |
| | | | 802200183 |
| | | | 803010102 |
| | | | 803041247 |
| | | | 803080051 |
| **Invoice Numbers Starting with 7** | | | |
| 712310028 | 712141536 | | 712290183 |
| 712240083 | 711070112 | | 712290183 |
| 712170016 | 710261854 | | 712280874 |
| 712100015 | 710200373 | | 712270248 |
| 712030007 | 710191254 | | 712220173 |
| 711271424 | 710121451 | | 712210735 |
| 711260012 | 709281958 | | 712200148 |
| 711211228 | 709240125 | | 712150095 |
| 711200749 | 709220192 | | 712141670 |
| 711190769 | 709211301 | | 712139021 |
| 711131300 | 709141639 | | 712120222 |
| 711070198 | 709100585 | | 712080081 |
| 711061369 | 709080204 | | 712071772 |
| 710150297 | 709071053 | | 712040962 |
| 710080012 | 709040672 | | 712010059 |
| 710021364 | 709010074 | | 712010058 |
| 709270897 | 708211097 | | 711302003 |
| 709150175 | 708200087 | | 711301998 |
| 709050855 | 708150355 | | 711301552 |

| New York Supreme Court Jekyll & Hyde | New York Civil Court Jekyll & Hyde | New York Federal Court Jekyll & Hyde | New York Federal Court Sixth Avenue Food Services |
|---|---|---|---|
| 708291157 | 708110187 | | 711230749 |
| 708281285 | 708101431 | | 711210192 |
| 708231023 | 708031544 | | 710051712 |
| 708221106 | 707271466 | | 710021015 |
| 708220169 | 707201642 | | 710021012 |
| 708140947 | 707131650 | | 709251370 |
| 708130585 | 707070263 | | 709010076 |
| 708101084 | 707061202 | | 708241249 |
| 708020707 | 707030734 | | 708180219 |
| 708020682 | 707020714 | | 708180218 |
| 707260624 | 706280745 | | 708180194 |
| 707260623 | 706270893 | | 708180140 |
| 707240125 | 706221513 | | 708171580 |
| 707201265 | 706151760 | | 708110104 |
| 707190760 | 705181477 | | 708110103 |
| 707170764 | 705170965 | | 708040236 |
| 707121304 | 704131038 | | 7081110223 |
| 707100213 | 701290185 | | 707311208 |
| 707030742 | 701051483 | | 707240861 |
| 707030741 | 70611735 | | 707240852 |
| 707020711 | | | 707070250 |
| 706280671 | | | 707061402 |
| 706201255 | | | 706309019 |
| 706201254 | | | 706300162 |
| 706200194 | | | 706290213 |
| 706141060 | | | 706281083 |
| 706011105 | | | 706260783 |
| 705251417 | | | 706230328 |
| 705240616 | | | 706230299 |
| 705231069 | | | 706230245 |
| 705011398 | | | 706221410 |
| 705011375 | | | 706090720 |
| 704170653 | | | 706020126 |
| 704170652 | | | 705310087 |
| 704120456 | | | 705260184 |
| 704120455 | | | 705251842 |
| 704090043 | | | 705181394 |
| 703290896 | | | 704280087 |
| 703281038 | | | 704271528 |
| 703271281 | | | 704260176 |
| 703260774 | | | 704210247 |
| 703210956 | | | 704210241 |
| 703201305 | | | 704210166 |
| 703201301 | | | 704201363 |
| 703201288 | | | 704140059 |
| 703201192 | | | 704131639 |
| 703190677 | | | 704070180 |

| New York Supreme Court<br>Jekyll & Hyde | New York Civil Court<br>Jekyll & Hyde | New York Federal Court<br>Jekyll & Hyde | New York Federal Court<br>Sixth Avenue Food Services |
|---|---|---|---|
| 703141009 | | | 704070179 |
| 703140111 | | | 704070044 |
| 703120706 | | | 704061551 |
| 703081356 | | | 703310135 |
| 703070837 | | | 703301566 |
| 703050733 | | | 703240104 |
| 702271141 | | | 703231255 |
| 702260733 | | | 703170091 |
| 702221473 | | | 703161684 |
| 702221453 | | | 702231418 |
| 702221428 | | | 701270173 |
| 702210829 | | | 701261735 |
| 702201296 | | | 701261432 |
| 702190586 | | | 701191140 |
| 702120782 | | | 701060156 |
| 702081380 | | | |
| 702070338 | | | |
| 702061334 | | | |
| 702050161 | | | |
| 701251002 | | | |
| 701220511 | | | |
| 701181463 | | | |
| 701180985 | | | |
| 701110821 | | | |
| | | | |
| **Invoice Numbers Starting with 6** | | | |
| 612291830 | 612270688 | 607280856 | 612271203 |
| 612281272 | 612220076 | 607260384 | 612230915 |
| 612230896 | 612180115 | 607240643 | 611290839 |
| 612210845 | 612160081 | 607220052 | 611281409 |
| 612200499 | 612150097 | 607211356 | 611281300 |
| 612200498 | 612081691 | 607170135 | 611281287 |
| 612191381 | 612040911 | 607141486 | 611250038 |
| 612131253 | 611270115 | 607140918 | 611241026 |
| 612130728 | 611119037 | 607310275 | 611221301 |
| 612082024 | 611031641 | 607290127 | 611181113 |
| 612071480 | 610300176 | 607281502 | 611171219 |
| 612051463 | 609250139 | 607030233 | |
| 612040773 | 608280181 | 606309023 | |
| 611281321 | 608239012 | 606309017 | |
| 611281314 | | 606301180 | |
| 611241828 | | 606260161 | |
| 611211432 | | 606240121 | |
| 611210259 | | 606231348 | |

| New York Supreme Court Jekyll & Hyde | New York Civil Court Jekyll & Hyde | New York Federal Court Jekyll & Hyde | New York Federal Court Sixth Avenue Food Services |
|---|---|---|---|
| 611141319 | | 608170035 | |
| 611130813 | | 606161338 | |
| 611091357 | | 608090876 | |
| 611010274 | | 608090875 | |
| 610310341 | | 606080396 | |
| 610300447 | | 606050778 | |
| 610250432 | | 606030058 | |
| 610240052 | | 606021508 | |
| 610230324 | | 605260530 | |
| 610180472 | | 605200105 | |
| 610160715 | | 605191468 | |
| 610110709 | | 605121069 | |
| 610090037 | | 605051521 | |
| 610070069 | | 604290124 | |
| 610040719 | | 604211110 | |
| 610020678 | | 604181334 | |
| 610020677 | | | |
| 608300351 | | | |
| 608280606 | | | |
| 608230653 | | | |
| 608210269 | | | |
| 608160036 | | | |
| 608140573 | | | |
| 608090172 | | | |
| 608070184 | | | |
| 608020244 | | | |
| | | | |
| Invoice Numbers Starting with 5 | | | |
| | | | 52925 |

# EXHIBIT D

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - JEKYLL & HYDE NOTE ACCOUNT     583781

REPORT DATE:          6/4/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|---|---|---|---|---|---|---|---|
|  | 412230620 | 23-Dec | 888.08 | 10/27/2006 | 888.08 |  | - |
| Dec 2004 SUBTOTAL |  |  | 888.08 |  | 888.08 | - | - |
|  | 501070901 | 7-Jan | 1,625.77 | 10/27/2006 | 1,628.02 | -2.25 | - |
|  | 501141680 | 14-Jan | 810.69 | 10/27/2006 | 810.69 |  | - |
|  | 501150050 | 15-Jan | 622.45 | 10/27/2006 | 622.45 |  | - |
|  | 501211361 | 21-Jan | 1,484.75 | 10/27/2006 | 1,484.75 |  | - |
|  | 501281116 | 28-Jan | 1,360.38 | 10/27/2006 | 1,360.38 |  | - |
|  | 37830SCHG | 31-Jan | 60.27 | 10/27/2006 | 60.27 |  | - |
| Jan 2005 SUBTOTAL |  |  | 5,964.31 |  | 5,966.56 | (2.25) | - |
|  | 502041483 | 4-Feb | 1,406.53 | 10/27/2006 | 1,406.53 |  | - |
|  | 502111543 | 11-Feb | 1,556.55 | 10/27/2006 | 1,556.55 |  | - |
|  | 502181483 | 18-Feb | 1,549.15 | 12/05/2006 | 1,549.15 |  | - |
|  | 38438SCHG | 28-Feb | 82.42 | 10/27/2006 | 82.42 |  | - |
| Feb 2005 SUBTOTAL |  |  | 4,594.65 |  | 4,594.65 | - | - |
|  | 38980SCHG | 31-Mar | 90.02 | 10/27/2006 | 90.02 |  | - |
| Mar 2005 SUBTOTAL |  |  | 90.02 |  | 90.02 | - | - |
|  | 39540SCHG | 30-Apr | 162.01 | 12/05/2006 | 162.01 |  | - |
| Apr 2005 SUBTOTAL |  |  | 162.01 |  | 162.01 | - | - |
|  | 507230049 | 23-Jul | 1,638.00 | 12/05/2006 | 1,638.00 |  | - |
|  | 40881SCHG | 31-Jul | 400.25 | 12/05/2006 | 400.25 |  | - |
| Jul 2005 SUBTOTAL |  |  | 2,038.25 |  | 2,038.25 | - | - |
|  | 41349SCHG | 31-Aug | 289.40 | 12/05/2006 | 289.40 |  | - |
| Aug 2005 SUBTOTAL |  |  | 289.40 |  | 289.40 | - | - |
|  | 41858SCHG | 30-Sep | 464.22 | 12/05/2006 | 464.22 |  | - |
| Sep 2005 SUBTOTAL |  |  | 464.22 |  | 464.22 | - | - |
|  | 510220128 | 22-Oct | 325.58 | 12/05/2006 | 325.58 |  | - |
|  | 42427SCHG | 31-Oct | 465.63 | 12/05/2006 | 465.63 |  | - |
| Oct 2005 SUBTOTAL |  |  | 791.21 |  | 791.21 | - | - |
|  | 511040152 | 4-Nov | 3,558.33 | 12/05/2006 | 3,558.33 |  | - |
|  | 511190070 | 19-Nov | 2,173.59 | 1/11/2007 | 2,152.50 | 21.09 | 0.00 |
|  | 511190070 | 19-Nov | 21.00 | 11/29/2006 | 21.00 |  | - |
|  | 43016SCHG | 30-Nov | 421.68 | 12/05/2006 | 421.68 |  | - |
| Nov 2005 SUBTOTAL |  |  | 6,174.60 |  | 6,153.51 | 21.09 | 0.00 |
| ★ | 43624SCHG | 31-Dec | 638.56 | 12/05/2006 | 638.56 |  | - |
|  | 44237SCHG | 31-Dec | 20.03 | 12/05/2006 | 20.03 |  | - |
| Dec 2005 SUBTOTAL |  |  | 658.59 |  | 658.59 | - | - |
|  | 44345SCHG | 31-Jan | 730.26 |  |  |  | 730.26 |
|  | 45045SCHG | 31-Jan | 50.62 | 12/05/2006 | 50.62 |  | - |
| Jan 2006 SUBTOTAL |  |  | 780.88 |  | 50.62 | - | 730.26 |
| ★ | 45143SCHG | 28-Feb | 876.96 |  |  |  | 876.96 |
| ★ | 45724SCHG | 28-Feb | 237.77 |  |  |  | 237.77 |
| Feb 2006 SUBTOTAL |  |  | 1,114.73 |  | - | - | 1,114.73 |
|  | 603130072 | 13-Mar | 187.72 | 1/11/2007 | 187.72 |  | - |
| ★ | 45749SCHG | 31-Mar | 27.21 |  |  |  | 27.21 |
| ★ | 45808SCHG | 31-Mar | 1,407.45 |  |  |  | 1,407.45 |
| ★ | 46385SCHG | 31-Mar | 198.13 |  |  |  | 198.13 |
| Mar 2006 SUBTOTAL |  |  | 1,820.51 |  | 187.72 | - | 1,632.79 |
|  | 604030318 | 3-Apr | 153.34 | 1/11/2007 | 153.34 |  | - |
|  | 604120846 | 12-Apr | 123.59 | 1/11/2007 | 123.59 |  | - |
| ★ | 604181334 | 18-Apr | 93.55 | 1/11/2007 | 91.55 |  | 2.00 |
| ★ | 604211110 | 21-Apr | 9,598.47 | 1/17/2007 | 5,000.00 |  | 4,598.47 |
|  | 604211994 | 21-Apr | 251.41 | 3/17/2008 | 251.41 |  | - |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - JEKYLL & HYDE NOTE ACCOUNT          583781

REPORT DATE:          6/4/2008

| CUST# | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|---|---|---|---|---|---|---|---|
| | 604220072 | 22-Apr | 1,068.98 | 1/11/2007 | 1,068.98 | | - |
| | 604220072/PD | 22-Apr | 1,068.98 | 1/11/2007 | 1,068.98 | | |
| * | 604290124 | 29-Apr | 4,332.25 | | | | 4,332.25 |
| * | 46405SCHG | 30-Apr | 22.53 | | | | 22.53 |
| * | 46457SCHG | 30-Apr | 233.68 | | | | 233.68 |
| * | 46458SCHG | 30-Apr | 1,154.19 | | | | 1,154.19 |
| * | 47030SCHG | 30-Apr | 186.40 | | | | 186.40 |
| **Apr 2006 SUBTOTAL** | | | **18,287.37** | | **7,757.85** | **-** | **10,529.52** |
| | 605030330 | 3-May | (2.55) | 3/17/2008 | (2.55) | | - |
| | 605040699 | 4-May | 151.50 | 3/17/2008 | 151.50 | | - |
| | 605040713 | 4-May | 50.33 | 3/17/2008 | 50.33 | | - |
| * | 605051521 | 5-May | 6,010.38 | | | | 6,010.38 |
| | 0785633PU | 6-May | (6.82) | 3/17/2008 | (6.82) | | - |
| * | 605121089 | 12-May | 6,614.33 | | | | 6,614.33 |
| * | 605191468 | 19-May | 4,070.51 | | | | 4,070.51 |
| * | 605200105 | 20-May | 4,307.46 | | | | 4,307.46 |
| * | 605260530 | 26-May | 8,721.03 | | | | 8,721.03 |
| * | 605270115 | 27-May | 3,238.22 | | | | 3,238.22 |
| * | 47046SCHG | 31-May | 29.54 | | | | 29.54 |
| * | 47115SCHG | 31-May | 310.03 | | | | 310.03 |
| * | 47116SCHG | 31-May | 1,179.72 | | | | 1,179.72 |
| * | 47698SCHG | 31-May | 39.35 | | | | 39.35 |
| * | 47699SCHG | 31-May | 63.93 | | | | 63.93 |
| **May 2006 SUBTOTAL** | | | **34,776.96** | | **192.46** | **-** | **34,584.50** |
| | 60601KOVR | 1-Jun | (51.85) | | | | (51.85) |
| * | 606021508 | 2-Jun | 9,937.78 | | | | 9,937.78 |
| * | 606030058 | 3-Jun | 1,721.94 | | | | 1,721.94 |
| | 606050776 | 5-Jun | 211.76 | 3/17/2008 | 211.76 | | - |
| * | 606050778 | 5-Jun | 49.21 | | | 0.82 | 48.39 |
| | 60606KOVR | 6-Jun | (42.15) | 3/17/2008 | (42.15) | | - |
| | 606070798 | 7-Jun | (15.27) | 3/17/2008 | (15.27) | | - |
| * | 606080396 | 8-Jun | 38.79 | | | | 38.79 |
| * | 606090875 | 9-Jun | 8,362.95 | | | | 8,362.95 |
| * | 606090876 | 9-Jun | 326.10 | | | | 326.10 |
| | 606120249 | 12-Jun | 17.73 | 3/17/2008 | 17.73 | | - |
| | 604060766/PD | 13-Jun | (84.03) | 3/17/2008 | (84.03) | | - |
| | 604111359/PD | 13-Jun | (10.52) | 3/17/2008 | (10.52) | | - |
| * | 606161338 | 16-Jun | 8,203.33 | | | 25.59 | 8,177.74 |
| * | 606170035 | 17-Jun | 1,278.73 | | | | 1,278.73 |
| | 606201304 | 20-Jun | 17.81 | 3/17/2008 | 17.81 | | - |
| * | 606231348 | 23-Jun | 7,883.72 | | | | 7,883.72 |
| * | 606240121 | 24-Jun | 1,367.91 | | | | 1,367.91 |
| * | 606260161 | 26-Jun | 864.55 | | | 854.27 | 10.28 |
| | 606271371 | 27-Jun | 104.95 | 3/17/2008 | 104.95 | | - |
| * | 606301180 | 30-Jun | 5,426.26 | | | 18.51 | 5,407.75 |
| * | 606309017 | 30-Jun | 146.97 | | | | 146.97 |
| * | 606309023 | 30-Jun | 45.20 | | | | 45.20 |
| | 606309031 | 30-Jun | 9.84 | 10/27/2006 | 9.84 | | - |
| * | 47767SCHG | 30-Jun | 396.71 | | | | 396.71 |
| * | 47768SCHG | 30-Jun | 854.29 | | | | 854.29 |
| * | 48217SCHG | 30-Jun | 39.38 | | | | 39.38 |
| * | 48219SCHG | 30-Jun | 152.28 | | | | 152.28 |

## SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
### A/R - JEKYLL & HYDE NOTE ACCOUNT    583781

REPORT DATE:        6/4/2008

| CUST# | INVOICE# | DATE | AMOUNT | CK | Amount | W/O | Open |
|---|---|---|---|---|---|---|---|
| **Jun 2006 SUBTOTAL** | | | **47,254.37** | | **210.12** | **899.19** | **46,145.06** |
| | 607010110 | 1-Jul | 9,587.81 | 9/26/2006 | 9,587.81 | | - |
| * | 607030233 | 3-Jul | 531.31 | | | 55.35 | 475.96 |
| | 607030419 | 3-Jul | 3,517.45 | 3/17/2008 | 3,517.45 | | - |
| | 607040211 | 4-Jul | 85.62 | 3/17/2008 | 85.62 | | - |
| | 607050744 | 5-Jul | 12,004.58 | 1/29/08 3/17/08 : | 12,004.58 | | - |
| | 607070842 | 7-Jul | 8,417.68 | 9/26/2006 | 8,417.68 | | - |
| | 607100204 | 10-Jul | 6,918.06 | 1/29/08 2/6/08 2/14/ | 6,918.06 | | 0.00 |
| | 607120465 | 12-Jul | 5,087.83 | 2/14/2008 | 5,087.83 | | - |
| * | 607140918 | 14-Jul | 13,726.01 | | | | 13,726.01 |
| * | 607141486 | 14-Jul | 3,748.83 | | | | 3,748.83 |
| * | 607170135 | 17-Jul | 565.18 | | | 523.14 | 42.04 |
| | 607170324 | 17-Jul | 6,655.52 | 2/14/08 2/25/08 | 6,655.52 | | - |
| | 607181321 | 18-Jul | 20.76 | 2/25/2008 | 20.76 | | - |
| | 0803055PU | 18-Jul | (42.04) | | | | (42.04) |
| | 607190334 | 19-Jul | 5,627.30 | 2/25/2008 | 5,627.30 | | - |
| | 0805227PU | 20-Jul | (66.21) | 2/25/2008 | (66.21) | | - |
| | 0805228PU | 20-Jul | (50.58) | 2/25/2008 | (50.58) | | - |
| | 0805234PU | 20-Jul | (49.42) | 2/25/2008 | (49.42) | | - |
| * | 607211356 | 21-Jul | 7,649.79 | | | 25.66 | 7,624.13 |
| ★ | 607220052 | 22-Jul | 1,945.76 | | | 1523.76 | 422.00 |
| | 607220052 | 22-Jul | 1,500.59 | 9/26/2006 | 1,500.59 | | - |
| | 0805229PU | 22-Jul | (441.62) | | | | (441.62) |
| | 607240014 | 24-Jul | 24.94 | 9/26/2006 | 24.94 | | - |
| * | 607240643 | 24-Jul | 5,193.03 | 2/25/2008 | 1,584.26 | 5.82 | 3,602.95 |
| | 607240644 | 24-Jul | 103.92 | 2/25/2008 | 103.92 | | - |
| ★ | 607260384 | 26-Jul | 8,373.02 | | | 11.68 | 8,361.34 |
| | 607271240 | 27-Jul | 20.76 | 2/25/2008 | 20.76 | | - |
| * | 607280856 | 28-Jul | 4,362.29 | | | | 4,362.29 |
| * | 607281502 | 28-Jul | 10,318.52 | | | 75.69 | 10,242.83 |
| * | 607290127 | 29-Jul | 1,928.60 | | | | 1,928.60 |
| * | 607310275 | 31-Jul | 2,598.40 | | | 34.58 | 2,563.82 |
| | *48234SCHG | 31-Jul | 68.91 | | | | 68.91 |
| | *48282SCHG | 31-Jul | 674.09 | | | | 674.09 |
| | 48283SCHG | 31-Jul | 994.31 | 9/26/2006 | 994.31 | | - |
| | *48784SCHG | 31-Jul | 63.23 | | | | 63.23 |
| | *48785SCHG | 31-Jul | 275.97 | | | | 275.97 |
| **Jul 2006 SUBTOTAL** | | | **121,940.20** | | **61,985.18** | **2,255.68** | **57,699.34** |
| | 608020566 | 2-Aug | 290.95 | 10/11/2006 | 290.95 | | - |
| | 608041048 | 4-Aug | 948.96 | 10/11/2006 | 948.96 | | - |
| | 608041778 | 4-Aug | 39.39 | 10/11/2006 | 39.39 | | - |
| | 608050094 | 5-Aug | 115.32 | 10/11/2006 | 115.32 | | - |
| | 608059038 | 5-Aug | 5.86 | 10/11/2006 | 5.86 | | - |
| | 608111284 | 11-Aug | 10,403.88 | 10/11/2006 | 10,403.88 | | - |
| | 608120037 | 12-Aug | 271.95 | 10/11/2006 | 271.95 | | - |
| | 608129056 | 12-Aug | 51.18 | 10/11/2006 | 51.18 | | - |
| | 608190074 | 19-Aug | 60.70 | 10/11/2006 | 60.70 | | - |
| | 608250069 | 25-Aug | 6,607.89 | 10/11/2006 | 6,607.89 | | - |
| | 608260087 | 26-Aug | 1,172.54 | 10/11/2006 | 1,172.54 | | - |
| | 608291336 | 29-Aug | 31.38 | 10/11/2006 | 31.38 | | - |
| **Aug 2006 SUBTOTAL** | | | **20,000.00** | | **20,000.00** | **-** | **-** |
| | 609020130 | 2-Sep | 544.67 | 11/29/2006 | 544.67 | | |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R -  JEKYLL & HYDE NOTE ACCOUNT          583781

REPORT DATE:          6/4/2008

| CUST# | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|---|---|---|---|---|---|---|---|
| | 609220074 | 22-Sep | 5,915.39 | 11/29/2006 | 5,915.39 | | - |
| | 0809117PU | 26-Sep | (109.19) | 9/26/2006 | (109.19) | | - |
| | 0811446PU | 26-Sep | (327.57) | 9/26/2006 | (327.57) | | - |
| | 0814132PU | 26-Sep | (88.57) | 9/26/2006 | (88.57) | | - |
| | 609290771 | 29-Sep | 4,863.03 | 11/29/2006 | 4,863.03 | | - |
| | 609300087 | 30-Sep | 826.45 | 11/29/2006 | 826.45 | | - |
| ★ | 49796SCHG | 30-Sep | 3,131.99 | | | | 3,131.99 |
| *Sep 2006 SUBTOTAL* | | | *14,756.20* | | *11,624.21* | *-* | *3,131.99* |
| | 610070075 | 7-Oct | 1,152.46 | 11/29/2006 | 1,152.46 | | |
| ★ | 50367SCHG | 31-Oct | 3,590.82 | | | | 3,590.82 |
| *Oct 2006 SUBTOTAL* | | | *4,743.28* | | *1,152.46* | *-* | *3,590.82* |
| ★ | 50943SCHG | 30-Nov | 3,262.44 | | | | 3,262.44 |
| *Nov 2006 SUBTOTAL* | | | *3,262.44* | | *-* | *-* | *3,262.44* |
| | 61205KOVR | 5-Dec | | 12/05/2006 | 16.54 | | (16.54) |
| ★ | 51533SCHG | 31-Dec | 3,104.04 | | | | 3,104.04 |
| *Dec 2006 SUBTOTAL* | | | *3,104.04* | | *16.54* | *-* | *3,087.50* |
| | 604030318/PD | 11-Jan | (153.34) | | | | (153.34) |
| | 604030318/PD | 11-Jan | 153.34 | 1/11/2007 | 153.34 | | |
| | 604220072/PD | 11-Jan | (1,068.98) | | | | (1,068.98) |
| ★ | 52193SCHG | 31-Jan | 2,896.48 | | | | 2,896.48 |
| *Jan 2007 SUBTOTAL* | | | *1,827.50* | | *153.34* | *-* | *1,674.16* |
| ★ | 52737SCHG | 28-Feb | 2,548.36 | | | | 2,548.36 |
| *Feb 2007 SUBTOTAL* | | | *2,548.36* | | *-* | *-* | *2,548.36* |
| ★ | 53293SCHG | 31-Mar | 2,821.41 | | | | 2,821.41 |
| *Mar 2007 SUBTOTAL* | | | *2,821.41* | | *-* | *-* | *2,821.41* |
| ★ | 53876SCHG | 30-Apr | 2,730.37 | | | | 2,730.37 |
| *Apr 2007 SUBTOTAL* | | | *2,730.37* | | *-* | *-* | *2,730.37* |
| ★ | 54438SCHG | 31-May | 2,821.41 | | | | 2,821.41 |
| *May 2007 SUBTOTAL* | | | *2,821.41* | | *-* | *-* | *2,821.41* |
| ★ | 54943SCHG | 30-Jun | 2,730.37 | | | | 2,730.37 |
| *Jun 2007 SUBTOTAL* | | | *2,730.37* | | *-* | *-* | *2,730.37* |
| ★ | 55484SCHG | 31-Jul | 2,821.41 | | | | 2,821.41 |
| *Jul 2007 SUBTOTAL* | | | *2,821.41* | | *-* | *-* | *2,821.41* |
| ★ | 56043SCHG | 31-Aug | 2,821.41 | | | | 2,821.41 |
| *Aug 2007 SUBTOTAL* | | | *2,821.41* | | *-* | *-* | *2,821.41* |
| ★ | 56651SCHG | 30-Sep | 2,730.37 | | | | 2,730.37 |
| *Sep 2007 SUBTOTAL* | | | *2,730.37* | | *-* | *-* | *2,730.37* |
| ★ | 57208SCHG | 31-Oct | 2,821.41 | | | | 2,821.41 |
| *Oct 2007 SUBTOTAL* | | | *2,821.41* | | *-* | *-* | *2,821.41* |
| ★ | 57740SCHG | 30-Nov | 2,730.37 | | | | 2,730.37 |
| *Nov 2007 SUBTOTAL* | | | *2,730.37* | | *-* | *-* | *2,730.37* |
| ★ | 58279SCHG | 31-Dec | 2,821.41 | | | | 2,821.41 |
| *Dec 2007 SUBTOTAL* | | | *2,821.41* | | *-* | *-* | *2,821.41* |
| ★ | 58866SCHG | 31-Jan | 2,821.41 | | | | 2,821.41 |
| *Jan 2008 SUBTOTAL* | | | *2,821.41* | | *-* | *-* | *2,821.41* |
| ★ | 59365SCHG | 29-Feb | 2,639.34 | | | | 2,639.34 |
| *Feb 2008 SUBTOTAL* | | | *2,639.34* | | *-* | *-* | *2,639.34* |
| ★ | 59864SCHG | 31-Mar | 2,170.48 | | | | 2,170.48 |
| *Mar 2008 SUBTOTAL* | | | *2,170.48* | | *-* | *-* | *2,170.48* |

| COMPANY TOTAL | | | 333,813.35 | | 125,427.00 | 3,173.71 | 205,212.64 |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - JEKYLL & HYDE NOTE ACCOUNT        **583781**

REPORT DATE:          6/4/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|--------|-----------|------|--------|-----|--------|-----|------|
| **CASH RECEIPTS** | | | | | | | |
| | 2/25/2008 | Cash | 10,000.00 | | | | |
| | 2/14/2008 | Cash | 10,000.00 | | | | |
| | 2/06/2008 | Cash | 5,763.00 | | | | |
| | 1/29/2008 | Cash | 5,000.00 | | | | |
| | 5/25/2007 | Cash | 11,341.00 | | | | |
| | 1/17/2007 | Cash | 5,000.00 | | | | |
| | 1/11/2007 | Cash | 5,000.00 | | | | |
| | 11/29/2006 | Cash | 13,323.00 | | | | |
| | 11/28/2006 | Cash | 10,000.00 | | | | |
| | 10/27/2006 | Cash | 10,000.00 | | | | |
| | 10/11/2006 | Cash | 20,000.00 | | | | |
| | 9/26/2006 | Cash | 20,000.00 | | | | |
| | | TOTAL | 125,427.00 | | | | |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - SIXTH AVENUE FOOD SERVICES  324293

REPORT DATE:         5/29/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|--------|-----------|------|--------|----|--------|-----|------|
| 324293 | *48845SCHG | 31-Aug | 1,274.50 | | | 34.42 | 1,240.08 |
| *Aug 2006 SUBTOTAL* | | | *1,274.50* | | *-* | *34.42* | *1,240.08* |
| 324293 | 610061334 | 6-Oct | 5,625.46 | 12/27/2006 | 5,625.46 | | - |
| 324293 | 610069017 | 6-Oct | 342.68 | 12/27/2006 | 342.68 | | - |
| 324293 | 610131457 | 13-Oct | 1,454.36 | 12/27/2006 | 1,454.36 | | - |
| 324293 | 610140054 | 14-Oct | 598.18 | 12/27/2006 | 598.18 | | - |
| 324293 | 610201040 | 20-Oct | 9,407.76 | 12/27/2006 | 9,407.76 | | - |
| 324293 | 610201596 | 20-Oct | 184.94 | 12/27/2006 | 184.94 | | - |
| 324293 | 610241280 | 24-Oct | 258.95 | 12/27/2006 | 258.95 | | - |
| 324293 | 610280097 | 28-Oct | 9,506.11 | 1/17/2007 | 9,506.11 | | - |
| 324293 | 610289035 | 28-Oct | 191.24 | 12/27/2006 | 191.24 | | - |
| 324293 | *49955SCHG | 31-Oct | 178.99 | | | | 178.99 |
| *Oct 2006 SUBTOTAL* | | | *27,748.67* | | *27,569.68* | *-* | *178.99* |
| 324293 | 611031002 | 3-Nov | 15,663.68 | 1/17/07 1/23/07 | 15,663.68 | | - |
| 324293 | 611031003 | 3-Nov | 2,379.76 | 1/23/2007 | 2,379.76 | | - |
| 324293 | 611040266 | 4-Nov | (334.00) | 1/23/2007 | (334.00) | | - |
| 324293 | 611101332 | 10-Nov | 10,407.66 | 3/21/2007 | 10,407.66 | | - |
| 324293 | 611110219 | 11-Nov | 21.15 | | | 21.15 | - |
| 324293 | 611110326 | 11-Nov | (163.88) | 3/21/2007 | (163.88) | | - |
| 324293 | *611171219 | 17-Nov | 10,833.17 | | | 14.74 | 10,818.43 |
| 324293 | 611180253 | 18-Nov | (61.60) | | | (61.60) | - |
| 324293 | *611181113 | 18-Nov | 2,546.55 | 3/21/2007 | 1,953.22 | 13.27 | 580.06 |
| 324293 | *611221301 | 22-Nov | 479.57 | | | | 479.57 |
| 324293 | *611241026 | 24-Nov | 12,817.97 | | | | 12,817.97 |
| 324293 | *611250038 | 25-Nov | 4,997.94 | | | 84.17 | 4,913.77 |
| 324293 | *611281287 | 28-Nov | 97.46 | | | | 97.46 |
| 324293 | *611281300 | 28-Nov | 55.59 | | | | 55.59 |
| 324293 | 611281395 | 28-Nov | 10.61 | | | 10.61 | - |
| 324293 | *611281409 | 28-Nov | 98.81 | | | | 98.81 |
| 324293 | *611290839 | 29-Nov | 2,351.22 | | | | 2,351.22 |
| 324293 | *50523SCHG | 30-Nov | 132.96 | | | | 132.96 |
| *Nov 2006 SUBTOTAL* | | | *62,334.62* | | *29,906.44* | *82.34* | *32,345.84* |
| 324293 | 612011106 | 1-Dec | 15,334.50 | 2531 | 15,334.50 | | - |
| 324293 | 612020087 | 2-Dec | 2,091.57 | 2531 | 2,118.92 | | (27.35) |
| 324293 | 612020115 | 2-Dec | 31.12 | | | 31.12 | - |
| 324293 | 612051646 | 5-Dec | (27.35) | 2531 | (27.35) | | - |
| 324293 | 0842012PU | 6-Dec | (327.57) | 12/27/2006 | (327.57) | | - |
| 324293 | 612081524 | 8-Dec | 15,021.69 | 2531 | 15,021.69 | | - |
| 324293 | 612090068 | 9-Dec | 1,887.73 | 2531 | 1,887.73 | | - |
| 324293 | 612151429 | 15-Dec | 15,572.22 | 2531 | 15,572.22 | | - |
| 324293 | 612160082 | 16-Dec | 1,791.81 | 2531 | 1,791.81 | | - |
| 324293 | 612220287 | 22-Dec | 15,319.33 | 2/1/2007 | 15,319.33 | | - |
| 324293 | 612229034 | 22-Dec | 297.89 | 2/1/2007 | 297.89 | | - |
| 324293 | 612230695 | 23-Dec | 8,043.22 | 2/1/07 2/8/07 | 8,043.22 | | 0.00 |
| 324293 | 612230696 | 23-Dec | 646.65 | 2/8/2007 | 646.65 | | - |
| 324293 | *612230915 | 23-Dec | 91.26 | | | | 91.26 |
| 324293 | 612271203 | 27-Dec | (226.82) | 2/1/2007 | (226.82) | | - |
| 324293 | 612291443 | 29-Dec | 17,985.70 | 2/8/2007 | 17,984.77 | 0.93 | 0.00 |
| 324293 | 701020036 | 2-Jan | (395.04) | 2/8/2007 | (395.04) | | - |
| 324293 | *51100SCHG | 31-Dec | 388.53 | | | | 388.53 |
| *Dec 2006 SUBTOTAL* | | | *93,526.44* | | *93,041.95* | *32.05* | *452.44* |
| 324293 | 701029001 | 2-Jan | 1,375.43 | 4/6/07 b | 1,375.43 | | - |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - SIXTH AVENUE FOOD SERVICES  324293

REPORT DATE:          5/29/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|--------|-----------|------|--------|----|--------|-----|------|
| 324293 | 701040592 | 4-Jan | 309.60 | 4/6/07 a | 309.60 | | - |
| 324293 | 701051408 | 5-Jan | 9,162.30 | 4/6/07 b | 9,162.30 | | - |
| 324293 | * 701060156 | 6-Jan | 3,430.35 | | | | 3,430.35 |
| 324293 | 0849342PU | 9-Jan | (25.30) | 4/6/07 a | (25.30) | | - |
| 324293 | 701121055 | 12-Jan | 9,317.04 | 4/6/07 b | 9,314.63 | 2.41 | 0.00 |
| 324293 | 701130260 | 13-Jan | 6,316.79 | 4/6/07 a | 6,320.70 | (3.91) | 0.00 |
| 324293 | * 701191140 | 19-Jan | 7,984.07 | | | 112.55 | 7,871.52 |
| 324293 | 701200358 | 20-Jan | 8.59 | 4/6/07 b | 8.59 | | - |
| 324293 | 701200364 | 20-Jan | 139.05 | 4/6/07 b | 139.05 | | - |
| 324293 | * 701261432 | 26-Jan | 5,794.47 | | | | 5,794.47 |
| 324293 | * 701261735 | 26-Jan | 50.72 | | | | 50.72 |
| 324293 | * 701270173 | 27-Jan | 1,650.86 | | | | 1,650.86 |
| 324293 | *  1720SCHG | 31-Jan | 741.56 | | | | 741.56 |
| *Jan 2007 SUBTOTAL* | | | *46,255.53* | | *26,605.00* | *111.05* | *19,539.48* |
| 324293 | 702021570 | 2-Feb | 8,024.20 | 5/2/2007 | 8,024.20 | | - |
| 324293 | 702091741 | 9-Feb | 9,599.01 | 5/2/2007 | 9,597.62 | 1.39 | (0.00) |
| 324293 | 702100146 | 10-Feb | 53.15 | 5/2/2007 | 53.15 | | - |
| 324293 | 702130252 | 13-Feb | 103.73 | 5/15/2007 | 103.73 | | - |
| 324293 | 702140867 | 14-Feb | 9.02 | 5/15/2007 | 9.02 | | - |
| 324293 | 702140903 | 14-Feb | 2,258.42 | 5/2/2007 | 2,258.42 | | - |
| 324293 | 702150982 | 15-Feb | 66.61 | 5/2/2007 | 66.61 | | - |
| 324293 | 702161282 | 16-Feb | 13,174.87 | 5/15/2007 | 13,174.87 | | - |
| 324293 | 702170073 | 17-Feb | 2,587.21 | 5/15/2007 | 2,587.21 | | - |
| 324293 | 702211071 | 21-Feb | 329.91 | 5/15/2007 | 329.91 | | - |
| 324293 | 702220269 | 22-Feb | 3,243.49 | 5/15/2007 | 3,243.49 | | - |
| 324293 | * 702231418 | 23-Feb | 12,454.48 | 5/15/2007 | 551.77 | | 11,902.71 |
| 324293 | * 52375SCHG | 28-Feb | 957.33 | | | | 957.33 |
| *Feb 2007 SUBTOTAL* | | | *52,861.43* | | *40,000.00* | *1.39* | *12,860.04* |
| 324293 | 703021037 | 2-Mar | 9,965.84 | 7/13/2007 | 9,965.84 | | - |
| 324293 | 703030102 | 3-Mar | 168.32 | 8/20/2007 | 168.32 | | - |
| 324293 | 703030179 | 3-Mar | 34.23 | 7/13/07 8/20/07 | 34.23 | | - |
| 324293 | 0862509PU | 3-Mar | (49.96) | 8/20/2007 | (49.96) | | - |
| 324293 | 703091631 | 9-Mar | 7,956.03 | 8/20/2007 | 7,956.03 | | - |
| 324293 | 703100123 | 10-Mar | 1,079.15 | 8/20/2007 | 1,079.15 | | - |
| 324293 | * 703161684 | 16-Mar | 9,245.82 | 8/20/2007 | 846.39 | 46.32 | 8,353.11 |
| 324293 | * 703170091 | 17-Mar | 54.16 | | | | 54.16 |
| 324293 | * 703231255 | 23-Mar | 9,664.09 | | | | 9,664.09 |
| 324293 | * 703240104 | 24-Mar | 1,569.77 | | | | 1,569.77 |
| 324293 | * 703301566 | 30-Mar | 10,577.49 | | | | 10,577.49 |
| 324293 | * 703310135 | 30-Mar | 1,787.90 | | | 51.33 | 1,736.57 |
| 324293 | * 52925 | 31-Mar | 1,089.40 | | | | 1,089.40 |
| *Mar 2007 SUBTOTAL* | | | *53,142.24* | | *20,000.00* | *97.65* | *33,044.59* |
| 324293 | * 704061551 | 6-Apr | 11,657.40 | | | 74.16 | 11,583.24 |
| 324293 | * 704070044 | 7-Apr | 5,824.49 | | | | 5,824.49 |
| 324293 | * 704070179 | 7-Apr | 43.73 | | | | 43.73 |
| 324293 | * 704070180 | 7-Apr | 41.88 | | | | 41.88 |
| 324293 | * 704131639 | 13-Apr | 10,749.10 | | | | 10,749.10 |
| 324293 | * 704140059 | 14-Apr | 4,392.72 | | | | 4,392.72 |
| 324293 | * 704201363 | 20-Apr | 10,348.26 | | | | 10,348.26 |
| 324293 | * 704210166 | 21-Apr | 3,293.91 | | | | 3,293.91 |
| 324293 | * 704210241 | 21-Apr | 681.58 | | | | 681.58 |
| 324293 | * 704210247 | 21-Apr | 492.89 | | | | 492.89 |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R – SIXTH AVENUE FOOD SERVICES  324293

REPORT DATE:        5/29/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|---|---|---|---|---|---|---|---|
| 324293 ★ | 704260176 | 26-Apr | 2,010.97 | | | | 2,010.97 |
| 324293 ★ | 704271528 | 27-Apr | 6,623.96 | | | 886.11 | 5,737.85 |
| 324293 ★ | 704280087 | 28-Apr | 1,068.25 | | | 40.46 | 1,027.79 |
| 324293 ★ | 53502SCHG | 30-Apr | 1,371.15 | | | | 1,371.15 |
| *Apr 2007 SUBTOTAL* | | | *58,600.29* | | ・ | *1,000.73* | *57,599.56* |
| 324293 | 705040950 | 4-May | 9,149.04 | 7/30/2007 | 9,149.04 | | - |
| 324293 | 0879735PU | 5-May | (37.65) | 7/30/2007 | (37.65) | | - |
| 324293 | 705111476 | 11-May | 6,740.41 | 7/30/2007 | 6,740.41 | | - |
| 324293 | 705120098 | 12-May | 133.30 | 7/30/2007 | 133.30 | | - |
| 324293 ★ | 705181394 | 18-May | 7,376.42 | 7/30/2007 | 1,834.22 | | 5,542.20 |
| 324293 | 705190030 | 19-May | 1,204.71 | 7/30/2007 | 1,204.71 | | - |
| 324293 | 705190204 | 19-May | 92.97 | 7/30/2007 | 92.97 | | - |
| 324293 ★ | 705251842 | 25-May | 14,166.56 | 9/4/2007 | 10,000.00 | 120.04 | 4,046.52 |
| 324293 ★ | 705260184 | 26-May | 4,370.49 | | | 15.80 | 4,354.69 |
| 324293 ★ | 705310087 | 31-May | 1,911.50 | | | | 1,911.50 |
| 324293 ★ | 54107SCHG | 31-May | 1,667.96 | | | | 1,667.96 |
| *May 2007 SUBTOTAL* | | | *46,775.71* | | *29,117.00* | *135.84* | *17,522.87* |
| 324293 | 706011122 | 1-Jun | 70.81 | 11/9/2007 | 70.81 | | - |
| 324293 | 706011182 | 1-Jun | 54.95 | 11/9/2007 | 54.95 | | - |
| 324293 | 706011798 | 1-Jun | 9,471.33 | 11/9/2007 | 9,471.33 | | - |
| 324293 ★ | 706020126 | 2-Jun | 1,389.20 | 11/9/2007 | 131.66 | | 1,257.54 |
| 324293 | 706060889 | 6-Jun | 271.25 | 11/9/2007 | 271.25 | | - |
| 324293 | 706080788 | 8-Jun | 9,450.23 | 11/21/2007 | 9,450.23 | | - |
| 324293 ★ | 706090720 | 9-Jun | 924.17 | 11/21/2007 | 549.77 | | 374.40 |
| 324293 | 706151721 | 15-Jun | 8,745.59 | 11/29/2007 | 8,745.59 | | - |
| 324293 | 706160100 | 16-Jun | 1,014.59 | 11/29/2007 | 1,014.59 | | - |
| 324293 | 706160242 | 16-Jun | 39.34 | 11/29/2007 | 39.34 | | - |
| 324293 ★ | 706221410 | 22-Jun | 13,256.20 | 11/29/2007 | 200.48 | | 13,055.72 |
| 324293 ★ | 706230245 | 23-Jun | 1,545.66 | | | | 1,545.66 |
| 324293 ★ | 706230299 | 23-Jun | 8.65 | | | | 8.65 |
| 324293 ★ | 706230328 | 23-Jun | 18.63 | | | | 18.63 |
| 324293 ★ | 706260783 | 26-Jun | 24.50 | | | | 24.50 |
| 324293 ★ | 706281083 | 28-Jun | 1,240.08 | | | | 1,240.08 |
| 324293 ★ | 706290213 | 29-Jun | 8,638.17 | | | | 8,638.17 |
| 324293 - ★ | 706300162 | 30-Jun | 2,661.95 | 707031023 | | 33.87 | 2,628.08 |
| 324293 ・ ★ | 706309019 | 30-Jun | 33.87 | | | | 33.87 |
| 324293 ★ | 54661SCHG | 30-Jun | 2,282.14 | | | | 2,282.14 |
| *Jun 2007 SUBTOTAL* | | | *61,141.31* | | *30,000.00* | *33.87* | *31,107.44* |
| 324293 | 707060794 | 6-Jul | 11,787.96 | 9/4/07 9/28/07 | 11,787.60 | 0.36 | (0.00) |
| 324293 ★ | 707061402 | 6-Jul | 100.19 | | | | 100.19 |
| 324293 | 707070104 | 7-Jul | 2,062.02 | 9/28/2007 | 2,062.02 | | - |
| 324293 ★ | 707070250 | 7-Jul | 43.73 | | | | 43.73 |
| 324293 | 707130822 | 13-Jul | 7,839.69 | 9/28/2007 | 8,263.37 | | (423.68) |
| 324293 | 707201608 | 20-Jul | 9,320.18 | 9/28/07 10/2/07 | 9,320.18 | | - |
| 324293 | 707210174 | 21-Jul | 1,563.92 | 10/2/2007 | 1,563.92 | | - |
| 324293 ★ | 707240852 | 24-Jul | 10.88 | | | | 10.88 |
| 324293 ★ | 707240861 | 24-Jul | 31.41 | | | | 31.41 |
| 324293 | 707270992 | 27-Jul | 10,359.33 | 10/2/2007 | 10,359.33 | | - |
| 324293 | 707280114 | 28-Jul | 1,000.58 | 10/2/2007 | 1,000.58 | | - |
| 324293 ★ | 707311208 | 31-Jul | 104.69 | | | | 104.69 |
| 324293 ★ | 55184SCHG | 31-Jul | 2,984.02 | | | | 2,984.02 |
| *Jul 2007 SUBTOTAL* | | | *47,208.60* | | *44,357.00* | *0.36* | *2,851.24* |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - SIXTH AVENUE FOOD SERVICES  324293

REPORT DATE:           5/29/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|---|---|---|---|---|---|---|---|
| 324293 | 708030826 | 3-Aug | 12,443.91 | 10/4/2007 | 12,440.20 | | (6.29) |
| 324293 | ★ 708040236 | 4-Aug | 36.25 | | | | 36.25 |
| 324293 | 708101452 | 10-Aug | 11,845.36 | 10/4/2007 | 11,867.04 | | (21.68) |
| 324293 | ★ 708110103 | 11-Aug | 1,329.52 | 10/4/2007 | 1,235.48 | 51.96 | 42.08 |
| 324293 | ★ 708110104 | 11-Aug | 528.15 | 10/4/2007 | 503.24 | | 24.91 |
| 324293 | ★ 708110223 | 11-Aug | 12.36 | | | | 12.36 |
| 324293 | ★ 708171580 | 17-Aug | 6,872.25 | 10/4/2007 | 6,869.25 | | 3.00 |
| 324293 | ★708180140 | 18-Aug | 137.40 | | | | 137.40 |
| 324293 | ★ 708180194 | 18-Aug | 29.16 | | | | 29.16 |
| 324293 | ★708180218 | 18-Aug | 67.17 | | | | 67.17 |
| 324293 | ★ 708180219 | 18-Aug | 107.75 | | | | 107.75 |
| 324293 | ★ 708241249 | 24-Aug | 94.18 | | | | 94.18 |
| 324293 | 708241611 | 24-Aug | 12,182.65 | 10/4 10/5/07 | 12,321.81 | | (139.16) |
| 324293 | 708250137 | 25-Aug | 1,212.75 | 10/5/2007 | 1,212.75 | | - |
| 324293 | 708290751 | 29-Aug | 2,696.22 | 10/5/2007 | 2,696.22 | | - |
| 324293 | 708311654 | 31-Aug | 3,166.55 | 10/5/2007 | 3,166.55 | | - |
| 324293 | ★ 55744SCHG | 31-Aug | 3,433.17 | | | | 3,433.17 |
| *Aug 2007 SUBTOTAL* | | | *56,184.80* | | *52,312.54* | *51.96* | *3,820.30* |
| 324293 | 709010075 | 1-Sep | 14,342.80 | 11/13/2007 | 14,342.80 | | - |
| 324293 | ★ 709010076 | 1-Sep | 2,402.88 | 11/13/2007 | 1,748.20 | | 654.68 |
| 324293 | 709071602 | 7-Sep | 6,608.56 | 11/2/2007 | 6,608.56 | | - |
| 324293 | 709080092 | 8-Sep | 1,445.42 | 11/2/2007 | 1,445.42 | | - |
| 324293 | 709141578 | 14-Sep | 8,573.36 | 11/2/2007 | 8,573.36 | | - |
| 324293 | 709210895 | 21-Sep | 5,705.14 | 11/2/07 11/5/07 | 5,705.12 | 0.02 | 0.00 |
| 324293 | 709220127 | 22-Sep | 1,493.35 | 11/5/2007 | 1,493.35 | | - |
| 324293 | ★ 709251370 | 25-Sep | 31.41 | | | | 31.41 |
| 324293 | 709282033 | 28-Sep | 10,691.53 | 11/5/2007 | 10,728.31 | | (36.78) |
| 324293 | 709290195 | 29-Sep | 1,153.88 | 11/5/2007 | 1,153.88 | | - |
| 324293 | ★ 56325SCHG | 30-Sep | 3,339.85 | | | | 3,339.85 |
| *Sept 2007 SUBTOTAL* | | | *55,788.18* | | *51,799.00* | *0.02* | *3,989.16* |
| 324293 | ★ 710021012 | 2-Oct | 528.52 | | | | 528.52 |
| 324293 | ★ 710021015 | 2-Oct | 43.22 | | | | 43.22 |
| 324293 | ★ 710051262 | 5-Oct | 12,931.78 | 12/3/2007 | 13,044.14 | | (112.36) |
| 324293 | ★ 710051712 | 5-Oct | 9.54 | | | | 9.54 |
| 324293 | 710060058 | 6-Oct | 7,731.82 | 12/3 12/17 | 8,013.95 | | (282.13) |
| 324293 | 710060220 | 6-Oct | 484.15 | 12/17/2007 | 484.15 | | - |
| 324293 | 710120770 | 12-Oct | 8,719.80 | 12/17/2007 | 8,740.89 | | (21.09) |
| 324293 | 710130195 | 13-Oct | 1,108.09 | 12/17/2007 | 1,108.09 | | - |
| 324293 | 710130310 | 13-Oct | 51.97 | 12/17/2007 | 51.97 | | - |
| 324293 | 710161181 | 16-Oct | 69.70 | 12/17/2007 | 69.70 | | - |
| 324293 | 710191452 | 19-Oct | 11,995.48 | 12/17/2007 | 11,995.48 | | - |
| 324293 | 710192076 | 19-Oct | 23.13 | 12/17/2007 | 23.13 | | - |
| 324293 | 710200141 | 20-Oct | 4,951.03 | 12/17/2007 | 4,951.03 | | - |
| 324293 | 710230643 | 23-Oct | 12.15 | 12/17/2007 | 12.15 | | - |
| 324293 | 710250963 | 25-Oct | 29.11 | 12/17/2007 | 29.11 | | - |
| 324293 | 710261443 | 26-Oct | 125.50 | 12/17/2007 | 125.50 | | - |
| 324293 | 710261575 | 26-Oct | 13,437.31 | 12/17/2007 | 13,507.83 | | (70.52) |
| 324293 | 710261578 | 26-Oct | 1,829.50 | 12/17/2007 | 1,928.89 | | (99.39) |
| 324293 | 710270124 | 27-Oct | 3,554.20 | 12/17/2007 | 3,554.20 | | - |
| 324293 | 710270236 | 27-Oct | 67.79 | 12/17/2007 | 67.79 | | - |
| 324293 | ★ 56923SCHG | 31-Oct | 3,454.60 | | | | 3,454.60 |
| *Oct 2007 SUBTOTAL* | | | *71,158.39* | | *67,708.00* | *-* | *3,450.39* |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - SIXTH AVENUE FOOD SERVICES  324293

REPORT DATE:          5/29/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|---|---|---|---|---|---|---|---|
| 324293 | 711021600 | 2-Nov | 12,442.98 | 1/2/2008 | 12,442.48 | 0.50 | - |
| 324293 | 711030133 | 3-Nov | 2,450.16 | 1/2/2008 | 2,468.54 | | (18.38) |
| 324293 | 711030290 | 3-Nov | 756.90 | 1/17/2008 | 756.90 | | - |
| 324293 | 711030294 | 3-Nov | 71.30 | 1/17/2008 | 71.30 | | - |
| 324293 | 711030297 | 3-Nov | 122.64 | 1/17/2008 | 122.64 | | - |
| 324293 | 711061064 | 6-Nov | 178.57 | 1/17/2008 | 178.57 | | - |
| 324293 | 711061072 | 6-Nov | 54.12 | 1/17/2008 | 54.12 | | - |
| 324293 | 711070199 | 7-Nov | (32.50) | 1/17/2008 | (32.50) | | - |
| 324293 | 711091736 | 9-Nov | 12,150.24 | 1/2/08 1/7/08 | 12,214.35 | | (64.11) |
| 324293 | 711100111 | 10-Nov | 7,373.70 | 1/7/2008 | 7,373.70 | | - |
| 324293 | 711100225 | 10-Nov | 48.84 | 1/17/2008 | 48.84 | | - |
| 324293 | 711100234 | 10-Nov | 350.01 | 1/17/2008 | 350.01 | | - |
| 324293 | 711161579 | 16-Nov | 7,948.48 | 1/7/2008 | 7,947.60 | 0.88 | (0.00) |
| 324293 | 711170119 | 17-Nov | 4,646.48 | 1/17/2008 | 4,646.48 | | - |
| 324293 | 711200685 | 20-Nov | 627.51 | 1/17/2008 | 627.51 | | - |
| 324293 ★ | 711210192 | 21-Nov | 10,824.82 | 2/6/2008 | 10,642.00 | | 182.82 |
| 324293 ★ | 711230749 | 23-Nov | 5,751.54 | 1/17/2008 | 3,176.13 | 197.42 | 2,377.99 |
| 324293 | 711231801 | 23-Nov | 62.38 | | | | 62.38 |
| 324293 | 711240109 | 24-Nov | 8,358.64 | 1/11/2008 | 8,358.64 | | - |
| 324293 | 711280162 | 28-Nov | 2,707.33 | 1/7/2008 | 2,707.33 | | - |
| 324293 | 711281311 | 28-Nov | 44.62 | 1/11/2008 | 44.62 | | - |
| 324293 | 711290942 | 29-Nov | 107.25 | 1/11/2008 | 107.25 | | - |
| 324293 ★ | 711301552 | 30-Nov | 3,820.05 | 1/11/2008 | 1,489.49 | | 2,330.56 |
| 324293 ★ | 711301998 | 30-Nov | 741.45 | | | | 741.45 |
| 324293 ★ | 711302003 | 30-Nov | 226.79 | | | | 226.79 |
| 324293 ★ | 57460SCHG | 30-Nov | 3,230.36 | | | | 3,230.36 |
| *Nov 2007 SUBTOTAL* | | | *85,064.66* | | *75,796.00* | *198.80* | *9,069.86* |
| 324293 ★ | 712010058 | 1-Dec | 13,015.44 | | | | 13,015.44 |
| 324293 ★ | 712010059 | 1-Dec | 1,843.81 | | | | 1,843.81 |
| 324293 ★ | 712040962 | 4-Dec | 72.74 | | | | 72.74 |
| 324293 | 712041473 | 4-Dec | (120.88) | | | | (120.88) |
| 324293 ★ | 712071772 | 7-Dec | 11,486.31 | | | | 11,486.31 |
| 324293 ★ | 712080081 | 8-Dec | 7,337.08 | | | | 7,337.08 |
| 324293 ★ | 712120222 | 12-Dec | 5,872.81 | | | | 5,872.81 |
| 324293 ★ | 712139021 | 13-Dec | 99.09 | | | | 99.09 |
| 324293 ★ | 712141670 | 14-Dec | 7,666.85 | | | | 7,666.85 |
| 324293 ★ | 712150095 | 15-Dec | 8,224.37 | | | | 8,224.37 |
| 324293 ★ | 712200148 | 20-Dec | 2,740.10 | | | | 2,740.10 |
| 324293 ★ | 712210735 | 21-Dec | 13,250.36 | | | | 13,250.36 |
| 324293 ★ | 712220173 | 22-Dec | 10,949.12 | | | | 10,949.12 |
| 324293 | 712220300 | 22-Dec | (25.97) | | | | (25.97) |
| 324293 ★ | 712270248 | 27-Dec | 7,846.21 | | | | 7,846.21 |
| 324293 ★ | 712280874 | 28-Dec | 12,857.85 | | | | 12,857.85 |
| 324293 ★ | 712290183 | 29-Dec | 8,129.87 | | | | 8,129.87 |
| 324293 ★ | 58002SCHG | 31-Dec | 3,171.93 | | | | 3,171.93 |
| *Dec 2007 SUBTOTAL* | | | *114,417.09* | | *-* | *-* | *114,417.09* |
| 324293 ★ | 801040596 | 4-Jan | 12,150.61 | | | | 12,150.61 |
| 324293 ★ | 801110058 | 11-Jan | 8,372.10 | | | | 8,372.10 |
| 324293 ★ | 801190078 | 19-Jan | 12,894.53 | | | 145.27 | 12,749.26 |
| 324293 ★ | 801251461 | 25-Jan | 11,046.62 | | | 38.96 | 11,007.66 |
| 324293 ★ | 801260184 | 26-Jan | 31.41 | | | | 31.41 |
| 324293 ★ | 801260187 | 26-Jan | 33.27 | | | | 33.27 |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - SIXTH AVENUE FOOD SERVICES  324293

REPORT DATE:          5/29/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|--------|-----------|------|--------|-----|--------|-----|------|
| 324293 | * 58568SCHG | 31-Jan | 3,230.76 | | | | 3,230.76 |
| *Jan 2008 SUBTOTAL* | | | *47,759.30* | | *-* | *184.23* | *47,575.07* |
| 324293 | * 802010941 | 1-Feb | 11,815.81 | | | 68.95 | 11,746.86 |
| 324293 | * 802020069 | 2-Feb | 917.37 | | | | 917.37 |
| 324293 | * 802090315 | 9-Feb | 5,040.78 | | | | 5,040.78 |
| 324293 | * 802130109 | 13-Feb | 10,265.57 | | | 6.23 | 10,259.34 |
| 324293 | * 802140186 | 14-Feb | 673.84 | | | 91.47 | 582.37 |
| 324293 | * 802160106 | 16-Feb | 1,366.11 | | | | 1,366.11 |
| 324293 | * 802200183 | 22-Feb | 5,950.98 | | | | 5,950.98 |
| 324293 | * 802230121 | 22-Feb | 1,948.72 | | | | 1,948.72 |
| 324293 | * 59141SCHG | 29-Feb | 4,025.97 | | | | 4,025.97 |
| *Feb 2008 SUBTOTAL* | | | *42,005.15* | | *-* | *166.65* | *41,838.50* |
| 324293 | * 803010102 | 1-Mar | 10,920.06 | | | | 10,920.06 |
| 324293 | * 803041247 | 4-Mar | 266.36 | | | | 266.36 |
| 324293 | * 803080051 | 8-Mar | 7,957.99 | | | | 7,957.99 |
| 324293 | * 803110948 | 11-Mar | 31.41 | | | | 31.41 |
| 324293 | * 59646SCHG | 31-Mar | 5,256.90 | | | | 5,256.90 |
| *Mar 2008 SUBTOTAL* | | | *24,432.72* | | *-* | *-* | *24,432.72* |

COMPANY TOTAL ▨▨▨▨▨ 1,047,679.68 ▨▨▨ 588,212.61 ▨ 2,131.36 ▨ 457,335.66

CASH RECEIPTS

| | | | |
|---|---|---|---|
| 12/27/2006 | Cash | 17,736.00 | |
| 1/17/2007 | Cash | 10,577.00 | |
| 1/23/2007 | Cash | 16,638.55 | Paid by Jekyll & Hyde Club |
| 2/1/2007 | Cash | 20,000.00 | |
| 2/8/2007 | Cash | 21,670.00 | |
| 2/26/2007 | 2531 | 51,699.52 | Paid by Jekyll & Hyde Club |
| 3/21/2007 | Cash | 12,197.00 | |
| 4/6/2007 | Cash | 6,605.00 | |
| 4/6/2007 | Cash | 20,000.00 | |
| 5/2/2007 | Cash | 20,000.00 | |
| 5/15/2007 | Cash | 20,000.00 | |
| 7/13/2007 | Cash | 10,000.00 | |
| 7/30/2007 | Cash | 19,117.00 | |
| 8/20/2007 | Cash | 10,000.00 | |
| 8/30/2007 | Cash | 20,000.00 | |
| | | (20,000.00) | |
| 8/31/2007 | Cash | 20,000.00 | |
| | | (20,000.00) | |
| 9/4/2007 | Cash | 4,357.00 | |
| 9/4/2007 | Cash | 10,000.00 | |
| 9/28/2007 | Cash | 20,000.00 | |
| 10/2/2007 | Cash | 20,000.00 | |
| 10/4/2007 | Cash | ▨▨▨▨▨ | |
| 10/4/2007 | Cash | 24,307.24 | Paid by Jekyll & Hyde Club |
| 10/5/2007 | Cash | 15,522.00 | |
| 11/2/2007 | Cash | 20,000.00 | |

SYSCO FOOD SERVICES OF METRO NEW YORK, LLC
A/R - SIXTH AVENUE FOOD SERVICES  324293

REPORT DATE:          5/29/2008

| CUST # | INVOICE # | DATE | AMOUNT | CK | Amount | W/O | Open |
|--------|-----------|------|--------|----|--------|-----|------|
| | | 11/5/2007 | Cash | 15,708.00 | | | |
| | | 11/9/2007 | Cash | 10,000.00 | | | |
| | | 11/13/2007 | Cash | 16,091.00 | | | |
| | | 11/21/2007 | Cash | 10,000.00 | | | |
| | | 11/29/2007 | Cash | 10,000.00 | | | |
| | | 12/3/2007 | Cash | 20,000.00 | | | |
| | | 12/17/2007 | Cash | 47,708.00 | | | |
| | | 1/2/2008 | Cash | 20,000.00 | | | |
| | | 1/7/2008 | Cash | 25,154.00 | | | |
| | | 1/11/2008 | Cash | 10,000.00 | | | |
| | | 1/17/2008 | Cash | 10,000.00 | | | |
| | | 2/6/2008 | Cash | 10,642.00 | | | |

TOTAL          588,212.61

# EXHIBIT E

```
 5/29/08     12:00:25        Ship To Obligations
Co    076 + Shp _____  324285 + 8L/NPY JEKYLL & HYDE C Open Items          ARGCCD04    ARDCCD04
NEW YORK                    NY        Base Currency:   USD                    315651.69
                              O P E N   O B L I G A T I O N S    Processing Currency:  USD

O Obl Date  Trn  Obligation ID     D AP Due Date        Open Amount     P. O. Number
SCN                                   REL GT
  _  8/02/06  INV  608020244        7   9/30/06           9108.85
  _  8/07/06  INV  608070184        7   9/30/06           4894.61
  _  8/09/06  INV  608090172        7   9/30/06           8884.81
  _  8/14/06  INV  608140573        7   9/30/06           6327.77
  _  8/16/06  INV  608160036        7   9/30/06           8147.04
  _  8/21/06  INV  608210269        7   9/30/06            989.10
  _  8/23/06  INV  608230653        7   9/30/06           6096.86
  _  8/28/06  INV  608280606        7   9/30/06           6214.73
  _  8/30/06  INV  608300351        7   9/30/06           3830.70
  _  8/31/06  INT  48844SCHG        7   9/30/06            808.83
  _  9/30/06  INT  49388SCHG        7  10/30/06            120.19
  _ 10/02/06  INV  610020677        7  11/30/06           7959.94
  _ 10/02/06  INV  610020678        7  11/30/06            423.25
  _ 10/04/06  INV  610040719        7  11/30/06           8824.59
                                                                            +
Opts:   2=Notes 3=Recon   5=Display  6=Oblg Inq
F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh    F6=More  F24=More keys
```

```
         9,108.85+
         4,894.61+
         8,884.81+
         6,327.77+
         8,147.04+
           989.10+
         6,096.86+
         6,214.73+
         3,830.70+
           808.83+
           120.19+
         7,959.94+
           423.25+
         8,824.59+
        72,631.27*+
```

$72,631.27

Pg. 1

```
  5/29/08    12:00:25      Ship To Obligations        ARGCCD04   ARDCCD04
Co   076 + Shp    324285 + 8L/NPY JEKYLL & HYDE C Open Items     315651.69
NEW YORK            NY   Base Currency: USD   Processing Currency:  USD
                         O P E N   O B L I G A T I O N S
O Obl Date  Trn  Obligation ID    D AP Due Date    Open Amount    P. O. Number
SCN                                  REL GT
_ 10/07/06 INV 610070069         7 11/30/06           555.95
_ 10/09/06 INV 610090037         7 11/30/06          8014.91
_ 10/11/06 INV 610110709         7 11/30/06          3001.06
_ 10/16/06 INV 610160715         7 11/30/06          5281.35
_ 10/18/06 INV 610180472         7 11/30/06          1854.22
_ 10/23/06 INV 610230324         7 11/30/06          8164.02
_ 10/24/06 INV 610240052         7 11/30/06          1081.52
_ 10/25/06 INV 610250432         7 11/30/06          5509.59
_ 10/30/06 INV 610300447         7 11/30/06          2702.18
_ 10/31/06 INT 49954SCHG         7 11/30/06           597.60
_ 10/31/06 INV 610310341         7 11/30/06           873.64
_ 11/01/06 INV 611010274         7 12/30/06          8437.44
_ 11/09/06 INV 611091357         7 12/30/06             7.22  DROP/SHIP
_ 11/13/06 INV 611130813         7 12/30/06            58.91  short          +

Opts:   2=Notes 3=Recon  5=Display  6=Oblg Inq
F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
          0·*

        555·95+
      8,014·91+
      3,001·06+
      5,281·35+
      1,854·22+
      8,164·02+
      1,081·52+
      5,509·59+
      2,702·18+
        597·60+
        873·64+
      8,437·44+
          7·22+
         58·91+
     46,139·61*+
```

$46,139.61

Pg. 2

```
5/29/08     12:00:25      Ship To Obligations          ARGCCD04    ARDCCD04
Co  076 + Shp    324285 + 8L/NPY JEKYLL & HYDE C Open Items     315651.69
NEW YORK           NY    Base Currency:  USD    Processing Currency:   USD
                   O P E N   O B L I G A T I O N S
O Obl Date  Trn  Obligation ID   D AP Due Date     Open Amount   P. O. Number
SCN                               REL GT
_  11/14/06 INV 611141319        7 12/30/06            30.74    DROP/SHIP
_  11/21/06 INV 611210259        7 12/30/06           342.16
_  11/21/06 INV 611211432        7 12/30/06            50.47    DROP/SHIP
_  11/24/06 INV 611241828        7 12/30/06            74.35    DROP/SHIP
_  11/28/06 INV 611281314        7 12/30/06           165.92    DROP/SHIP
_  11/28/06 INV 611281321        7 12/30/06           140.06    DROP/SHIP
_  11/30/06 INT 50522SCHG        7 12/30/06          1090.61
_  12/04/06 INV 612040773*       7  1/30/07            37.40    that
_  12/05/06 INV 612051463        7  1/30/07           551.89    DROP/SHIP
_  12/07/06 INV 612071480        7  1/30/07            10.77    DROP/SHIP
_  12/08/06 INV 612082024        7  1/30/07           106.76    DROP/SHIP
_  12/13/06 INV 612130728        7  1/30/07            53.10-
_  12/13/06 INV 612131253        7  1/30/07            42.62    DROP/SHIP
_  12/19/06 INV 612191381        7  1/30/07            37.02    DROP/SHIP         +

Opts:  2=Notes 3=Recon  5=Display  6=Oblg Inq
F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
        0 • *

      30 • 74 +
     342 • 16 +
      50 • 47 +
      74 • 35 +
     165 • 92 +
     140 • 06 +
   1,090 • 61 +
      37 • 40 +
     551 • 89 +
      10 • 77 +
     106 • 76 +
      53 • 10 -
      42 • 62 +
      37 • 02 +
   2,627 • 67 * +
```

$2,627.67

Pg. 3

```
 5/29/08    12:00:25       Ship To Obligations      ARGCCD04   ARDCCD04
Co  076 + Shp      324285 + 8L/NPY JEKYLL & HYDE C Open Items   315651.69
NEW YORK            NY    Base Currency:  USD   Processing Currency:  USD
                       O P E N   O B L I G A T I O N S
O Obl Date Trn  Obligation ID  D AP Due Date   Open Amount    P. O. Number
SCN                              REL GT
_ 12/20/06 INV 612200498        7  1/30/07         150.42
_ 12/20/06 INV 612200499        7  1/30/07         135.60  Skirt
_ 12/21/06 INV 612210845        7  1/30/07          53.38  DROP/SHIP
_ 12/23/06 INV 612230896        7  1/30/07          53.38  DROP/SHIP
_ 12/28/06 INV 612281272        7  1/30/07          36.35  DROP/SHIP
_ 12/29/06 INV 612291830        7  1/30/07        1468.26  DROP/SHIP
_ 12/31/06 INT 51099SCHG        7  1/30/07        1580.45
_  1/25/07 INV 701251002        7  2/28/07         155.22
_  1/31/07 INT 51719SCHG        7  2/28/07        1916.66
_  2/05/07 INV 702050161        7  3/30/07        4010.75
_  2/06/07 INV 702061334        7  3/30/07          35.48  DROP/SHIP
_  2/07/07 INV 702070338        7  3/30/07        1880.98
_  2/08/07 INV 702081380        7  3/30/07          20.15  DROP/SHIP
_  2/12/07 INV 702120782        7  3/30/07        7318.16                +

Opts:  2=Notes 3=Recon 5=Display 6=Oblg Inq
F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
          150·42+
          135·60+
           53·38+
           53·38+
           36·35+
        1,468·26+
        1,580·45+
          155·22+
        1,916·66+
        4,010·75+
           35·48+
        1,880·98+
           20·15+
        7·31816+
        7·31816-
        7·318·16+
       18,815·24*+
```

$ 18,815.24

Pg. 4

```
5/29/08    12:00:25       Ship To Obligations          ARGCCD04   ARDCCD04
Co 076 + Shp      324285 + BL/NPY JEKYLL & HYDE C Open Items    315651.69
NEWYORK              NY    Base Currency:  USD   Processing Currency:  USD
                       O P E N   O B L I G A T I O N S
Sel Date Trn  Obligation ID    D AP Due Date     Open Amount   P. O. Number
                                  REL GT
__  3/19/07 INV 702190586        7  3/30/07          8077.21
__  3/20/07 INV 702201296        7  3/30/07            49.01   DROP/SHIP
__  3/21/07 INV 702210829        7  3/30/07          9740.36   DROP/SHIP
__  3/22/07 INV 702221428        7  3/30/07            54.10   DROP/SHIP
__  3/22/07 INV 702221453        7  3/30/07           261.10   DROP/SHIP
__  3/22/07 INV 702221473        7  3/30/07            80.74   DROP/SHIP
__  3/26/07 INV 702260733        7  3/30/07          2203.13
__  3/27/07 INV 702271141        7  3/30/07             2.27   DROP/SHIP
__  3/28/07 INT 52374SCHG        7  3/30/07          2209.74
__  3/05/07 INV 703050733        7  4/30/07          6629.07
__  3/07/07 INV 703070837        7  4/30/07          1797.96
__  3/08/07 INV 703081356        7  4/30/07            54.10   DROP/SHIP
__  3/12/07 INV 703120706        7  4/30/07          6870.44
__  3/14/07 INV 703140111        7  4/30/07            27.52   DROP/SHIP    +

Opt  2=Notes 3=Recon  5=Display  6=Oblg Inq
Function keys  F3=Exit   F4=Prompt   F5=Refresh   F6=More   F24=More keys
```

```
            8,077·21+
               49·01+
            9,740·36+
               54·10+
              261·10+
               80·74+
            2,203·13+
                2·27+
            2,209·74+
            6,629·07+
            1,797·96+
               54·10+
            6,870·44+
               27·52+
           38,056·75*+
```

$38,054.75

Pg. 5

```
 5/29/08    12:00:25        Ship To Obligations          ARGCCD04    ARDCCD04
Co   076 + Shp      324285 + 8L/NPY JEKYLL & HYDE C Open Items    315651.69
NEW YORK                    NY   Base Currency: USD   Processing Currency:  USD
                    O P E N   O B L I G A T I O N S
O Obl Date Trn  Obligation ID    D AP Due Date    Open Amount    P. O. Number
SCN                                 REL GT
__  3/14/07 INV 703141009          7  4/30/07         9158.60
__  3/19/07 INV 703190677          7  4/30/07         4427.58
__  3/20/07 INV 703201192          7  4/30/07           85.25  DROP/SHIP
__  3/20/07 INV 703201288          7  4/30/07           59.31  DROP/SHIP
__  3/20/07 INV 703201301          7  4/30/07           65.90  DROP/SHIP
__  3/20/07 INV 703201305          7  4/30/07          106.34  DROP/SHIP
__  3/21/07 INV 703210956          7  4/30/07         1155.25
__  3/26/07 INV 703260774          7  4/30/07         8777.73
__  3/27/07 INV 703271281          7  4/30/07          262.50  DROP/SHIP
__  3/28/07 INV 703281038          7  4/30/07         3360.13
__  3/29/07 INV 703290896          7  4/30/07           55.00  DROP/SHIP
__  3/31/07 INT 52924SCHG          7  4/30/07         2162.07
__  4/09/07 INV 704090043          7  5/30/07          208.08-
__  4/12/07 INV 704120455          7  5/30/07          187.11  DROP/SHIP    +
Opts:   2=Notes 3=Recon  5=Display  6=Oblg Inq
F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
        9,158.60+
        4,427.58+
           85.25+
           59.31+
           65.90+
          106.34+
        1,155.25+
        8,777.73+
          262.50+
        3,360.13+
           55.00+
        2,162.07+
          208.08-
          187.11+
       29,654.69*+
```

$ 29,654.69

Pg. 6

```
 5/29/08    12:00:25       Ship To Obligations          ARGCCD04   ARDCCD04
Co   076 + Shp     324285 + 8L/NPY JEKYLL & HYDE C Open Items      315651.69
NEW YORK              NY   Base Currency:  USD   Processing Currency:  USD
                      O P E N   O B L I G A T I O N S
O  Obl Date  Trn  Obligation ID    D AP Due Date     Open Amount   P. O. Number
SCN                                     REL GT
__   4/12/07 INV 704120456          7  5/30/07          237.47   DROP/SHIP
__   4/17/07 INV 704170652          7  5/30/07           56.14
__   4/17/07 INV 704170653          7  5/30/07           87.32
__   4/30/07 INT 53501SCHG          7  5/30/07         2327.40
__   5/01/07 INV 705011375          7  6/30/07           10.39   DROP/SHIP
__   5/01/07 INV 705011398          7  6/30/07           22.05   DROP/SHIP
__   5/03/07 INV 701110821/PD       7  7/11/07           10.01-  CK0000000120
__   5/03/07 INV 701180985/PD       7  7/11/07           81.45-  CK0000000120
__   5/03/07 INV 701181463/DED      7  7/11/07           74.33   CK0000000120
__   5/03/07 INV 701220511/PD       7  7/11/07          203.24-  CK0000000120
__   5/23/07 INV 705231069          7  6/30/07           42.62   DROP/SHIP
__   5/24/07 INV 705240616          7  6/30/07           51.97   DROP/SHIP
__   5/25/07 INV 705251417          7  6/30/07           55.30   DROP/SHIP
__   5/31/07 INT 54106SCHG          7  6/30/07         2752.33               +

Opts:   2=Notes 3=Recon  5=Display  6=Oblg Inq
F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
        237·47+
         56·14+
         87·32+
      2,327·40+
         10·39+
         22·05+
         10·01-
         81·45-
         74·33+
        203·24-
         42·62+
         51·97+
         55·30+
      2,752·33+
      5,422·62*+
```

$5,422.62

Pg. 7

```
 5/29/08    12:00:25       Ship To Obligations           ARGCCD04   ARDCCD04
 Co  076 + Shp      324285 + 8L/NPY JEKYLL & HYDE C Open Items    315651.69
 NEW YORK                    NY   Base Currency:  USD   Processing Currency:  USD
                       O P E N   O B L I G A T I O N S
 O Obl Date Trn  Obligation ID   D AP Due Date     Open Amount   P. O. Number
 SCN                                REL GT
 _   6/01/07 INV 706011105          7  7/30/07          70.81  DROP/SHIP
 _   6/02/07 C/M 0886311PU          7  6/02/07           5.42- 0886311
 _   6/14/07 INV 706141060          7  7/30/07           8.23  DROP/SHIP
 _   6/20/07 INV 706200194          7  7/30/07         664.08-
 _   6/20/07 INV 706201254          7  7/30/07          42.62  DROP/SHIP
 _   6/20/07 INV 706201255          7  7/30/07          42.62  DROP/SHIP
 _   6/28/07 INV 706280671          7  7/30/07          24.50  DROP/SHIP
 _   6/30/07 INT 54660SCHG          7  7/30/07        3324.15
 _   7/03/07 INV 707030741          7  8/30/07          51.97  DROP/SHIP
 _   7/03/07 INV 707030742          7  8/30/07          18.64  DROP/SHIP
 _   7/10/07 INV 707100213          7  8/30/07         790.18
 _   7/12/07 INV 707121304          7  8/30/07          34.98  DROP/SHIP
 _   7/17/07 INV 707170764          7  8/30/07          62.99  DROP/SHIP
 _   7/19/07 INV 707190760          7  8/30/07          17.76  DROP/SHIP     +

 Opts:  2=Notes 3=Recon 5=Display 6=Oblg Inq
 F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
        70·81+
         5·42-
         8·23+
       664·08-
        42·62+
        42·62+
        24·50+
     3,324·15+
        51·97+
        18·64+
       790·18+
        34·98+
        62·99+
        17·76+
     3,819·95*+
```

# $ 3,819.95

Pg. 8

```
 5/29/08     12:00:25        Ship To Obligations        ARGCCD04   ARDCCD04
 Co  076 + Shp        324285 + 8L/NPY JEKYLL & HYDE C Open Items    315651.69
 NEW YORK             NY     Base Currency:  USD   Processing Currency:  USD
                        O P E N   O B L I G A T I O N S
 O Obl Date  Trn  Obligation ID   D AP Due Date    Open Amount   P. O. Number
 SCN                                REL GT
 _   7/20/07 INV 707201265          7  8/30/07          55.30   DROP/SHIP
 _   7/24/07 INV 707240125          7  8/30/07          34.22
 _   7/26/07 INV 707260623          7  8/30/07          62.49   DROP/SHIP
 _   7/26/07 INV 707260624          7  8/30/07          42.33   DROP/SHIP
 _   7/31/07 INT 55183SCHG          7  8/30/07        3598.94
 _   8/02/07 C/M 0900383PU          7  8/02/07          12.12-  0900383
 _   8/02/07 INV 708020682          7  9/30/07          34.20   DROP/SHIP
 _   8/02/07 INV 708020707          7  9/30/07          36.25   DROP/SHIP
 _   8/02/07 INV 708020711          7  9/30/07          86.44   DROP/SHIP
 _   8/10/07 INV 708101084          7  9/30/07          47.09   DROP/SHIP
 _   8/13/07 INV 708130585          7  9/30/07         270.00   Short
 _   8/14/07 INV 708140947          7  9/30/07          49.01   DROP/SHIP
 _   8/22/07 INV 708220169          7  9/30/07          37.96-
 _   8/22/07 INV 708221106          7  9/30/07          42.62   DROP/SHIP       +

 Opts:  2=Notes 3=Recon 5=Display 6=Oblg Inq
 F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
        55·30+
        34·22+
        62·49+
        42·33+
     3,598·94+
        12·12-
        34·20+
        36·25+
        86·44+
        47·09+
       270·00+
        49·01+
        37·96-
        42·62+
     4,308·81*+
```

$ 4,308.81

Pg. 9

```
 5/29/08   12:00:25      Ship To Obligations         ARGCCD04   ARDCCD04
Co  076 + Shp  _____ 324285 + 8L/NPY JEKYLL & HYDE C Open Items    315651.69
NEW YORK            NY   Base Currency:  USD   Processing Currency:   USD
                    O P E N   O B L I G A T I O N S
O Obl Date Trn  Obligation ID  .D AP Due Date   Open Amount   P. O. Number
SCN                               REL GT
_  8/23/07 INV 708231023         7  9/30/07          31.94   DROP/SHIP
_  8/28/07 INV 708281285         7  9/30/07          18.51   DROP/SHIP
_  8/29/07 INV 708291157         7  9/30/07          47.09   DROP/SHIP
_  8/31/07 INT 55743SCHG         7  9/30/07        3523.35
_  9/05/07 INV 709050855         7 10/30/07         121.30   DROP/SHIP
_  9/15/07 INV 709150175         7 10/30/07          55.30   DROP/SHIP
_  9/27/07 C/M 0913303PU         7  9/27/07          41.26-  0913303
_  9/27/07 INV 709270897         7 10/30/07         147.03   DROP/SHIP
_  9/30/07 INT 56324SCHG         7 10/30/07        3586.03
_ 10/02/07 INV 710021364         7 11/30/07          94.24   DROP/SHIP
_ 10/08/07 INV 710080012         7 11/30/07          26.79
_ 10/15/07 INV 710150297         7 11/30/07           4.96-
_ 10/31/07 INT 56922SCHG         7 11/30/07        3719.08
_ 11/06/07 INV 711061369         7 12/30/07          77.51   DROP/SHIP       +

Opts:  2=Notes 3=Recon  5=Display  6=Oblg Inq
F2=Function keys   F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
        31·94+
        18·51+
        47·09+
     3,523·35+
       121·30+
        55·30+
        41·26-
       147·03+
     3,586·03+
        94·24+
        26·79+
         4·96-
     3,719·08+
        77·51+
    11,401·95*+
```

$ 11,401.95

Ps. 10

```
 5/29/08 ·   12:00:25        Ship To Obligations          ARGCCD04   ARDCCD04
Co   076 + Shp      324285 + 8L/NPY JEKYLL & HYDE C Open Items     315651.69
NEW YORK            NY    Base Currency:  USD    Processing Currency:   USD
                       O P E N     O B L I G A T I O N S
 O  Obl Date Trn  Obligation ID   D AP Due Date    Open Amount    P. O. Number
SCN                                    REL GT
 _  11/07/07 C/M 711070198        7 11/07/07          18.00-  PRESHOW FALL2007
 _  11/13/07 INV 711131300        7 12/30/07          57.86   DROP/SHIP
 _  11/19/07 INV 711190769        7 12/30/07       10652.33
 _  11/20/07 INV 711200749        7 12/30/07         282.91   DROP/SHIP
 _  11/21/07 INV 711211228        7 12/30/07          47.09   DROP/SHIP
 _  11/26/07 INV 711260012        7 12/30/07          23.96   Skat ·
 _  11/27/07 INV 711271424        7 12/30/07         143.47   DROP/SHIP
 _  11/30/07 INT 57459SCHG        7 12/30/07        2938.65
 _  12/03/07 INV 712030007        7  1/30/08        6726.65
 _  12/10/07 INV 712100015        7  1/30/08        6171.30
 _  12/17/07 INV 712170016        7  1/30/08        6403.45
 _  12/24/07 INV 712240083        7  1/30/08        9640.45
 _  12/31/07 INT 58001SCHG        7  1/30/08        2875.43
 _  12/31/07 INV 712310028        7  1/30/08       10003.65                +

Opts:  2=Notes 3=Recon  5=Display  6=Oblg Inq
F2=Function keys  F3=Exit  F4=Prompt  F5=Refresh  F6=More   F24=More keys
```

```
        18·00-
        57·86+
    10,652·33+
       282·91+
        47·09+
        23·96+
       143·47+
     2,938·65+
     6,726·65+
     6,171·30+
     6,403·45+
     9,640·45+
     2,875·43+
    10,003·65+
    55,949·20*+
```

$55,949.20

Ps. 11

```
5/29/08    12:00:25      Ship To Obligations          ARGCCD04    ARDCCD04
Co  076 + Shp       324285 + 8L/NPY JEKYLL & HYDE C Open Items    315651.69
NEW YORK              NY    Base Currency:  USD   Processing Currency:  USD
                       O P E N   O B L I G A T I O N S
O Obl Date Trn  Obligation ID   D AP Due Date   Open Amount    P. O. Number
SCN                                 REL GT
_   1/05/08 INV 801050159         7  2/29/08          57.69    DROP/SHIP
_   1/07/08 INV 801070026         7  2/29/08        8575.42
_   1/14/08 INV 801140033         7  2/29/08        5666.97
_   1/16/08 INV 801160221         7  2/29/08          65.70
_   1/18/08 INV 801181546         7  2/29/08          35.04    DROP/SHIP
_   1/28/08 INV 801280019         7  2/29/08        2386.01
_   1/29/08 INV 801291346         7  2/29/08          41.83    DROP/SHIP
_   1/31/08 INT 58567SCHG         7  2/29/08        2998.43
_   2/29/08 INT 59140SCHG         7  3/30/08        3005.30
_   3/31/08 INT 59645SCHG         5  4/30/08        3991.54


Opts:  2=Notes 3=Recon  5=Display  6=Oblg Inq
F2=Function keys F3=Exit  F4=Prompt  F5=Refresh  F6=More  F24=More keys
```

```
        57·69+
     8,575·42+
     5,666·97+
        65·70+
        35·04+
     2,386·01+
        41·83+
     2,998·43+
     3,005·30+
     3,991·54+
    26,823·93*+
```

$26,823.93

Pg. 12

# EXHIBIT F

# SYSCO Food Services of Metro New York, LLC



Frank Recine
Executive Vice President

August 8, 2007

Via Certified First-Class Mail
Jekyll & Hyde Group (various locations see attached)
Mr. DR Finley
1409 6th Ave
New York, NY 10019

     Re: Claimant:     SYSCO Food Services of Metro New York, LLC
     Debtor:     Jekyll & Hyde Group (various accounts)
     Amount of Claim:     $1,185,323.90 plus accruing interest, attorney's fees
             and collection expenses

Mr. Finley:

     I am the Executive Vice President of SYSCO Food Services of Metro New York, LLC ("SYSCO Metro New York") to which Jekyll and Hyde Group (various accounts see attached) is indebted in the amount of **$1,185,323.90** of which **$914,279.08** is past due. A statement listing the outstanding invoices is enclosed. Based on conversations with Dave Levy and others, your account with SYSCO Metro New York is seriously delinquent and efforts to obtain full payment from you have been unsuccessful.

     While SYSCO Metro New York is anxious to resolve this matter on an amicable basis, we are prepared to take all legal action necessary if we fail to gain agreement on a repayment schedule.

     Therefore, we must receive a repayment schedule to bring your accounts within our assigned credit terms before the end of the calendar year 2007. The past due amount is **$914,279.08**. Please contact me at (201) 433-2000, extension 7470, to make an arrangement to pay off your indebtedness on an amicable basis. Alternately, if you have any reasons why the balance due should not be paid immediately, please notify me of those reasons.

# SYSCO Food Services of Metro New York, LLC



Mr. DR Finley
Jekyll & Hyde Group
August 8, 2007
Page 2

If we cannot gain agreement on the repayment schedule within **7 days** from the date of this letter, we will take whatever actions necessary to protect our rights including filing suit against you.

Your failure to respond to this letter will be deemed to be a refusal to honor your obligations and we will proceed as stated above without further notice to you.

     This letter is provided without prejudice. Nothing contained in this letter should be construed as waiving our right to seek payment from you for any other obligation due and owing from you to SYSCO Metro New York. SYSCO Metro New York also reserves the right to assert any other claim it may have against you at any time.

     Very truly yours,

     Frank Recine
     Executive Vice President

FR/

Enclosure

# EXHIBIT G



# SYSCO Food Services of Metro New York, LLC

Charnelle Harvey
Credit and Collections Manager

August 14, 2007

Via Certified First-Class, Return-Receipt Mail
Jekyll & Hyde Group
Mr. DR Finley
1409 6th Ave
New York, NY 10019

## Letter of Agreement

Mr. Finley:

    In follow-up to my letter of August 7, as well as your conversations with David Levy from the evening of August 12, SYSCO Food Services of Metro New York ("SFS Metro New York") would like to recap the arrangement that has been mutually reached with Jekyll & Hyde:

- Jekyll & Hyde agrees to remain current on all new purchases going forward (i.e. July invoices to be paid by the end of August).
- Jekyll & Hyde agrees to pay SFS Metro New York no less than $10,000 per week (beginning the week of August 20th 2007) over current purchases until the past due is brought current. Payment is to be applied to the oldest open invoices at the time of payment.
- Jekyll & Hyde agrees to pay SFS Metro New York no less than $100,000 on or before October 31st.
- Jekyll & Hyde agrees to pay SFS Metro New York no less than $50,000 on or before November 30th.
- Jekyll & Hyde agrees to pay SFS Metro New York no less than $100,000 on or before December 31st.

Please note that the payments made in the months of October, November and December must be posted to your account by the end of each month. With this payment arrangement the past due balance should be reduced by $430,000 by December 31, 2007.

In January, February and March 2008, Jekyll & Hyde agrees to continue paying SFS Metro New York $10,000 per week over current purchases, as well as an additional lump sum payment to be determined at that time.

# SYSCO Food Services of Metro New York, LLC 

DR Finley
Jekyll & Hyde Group
August 14, 2007
Page 2

This Letter of Agreement is intended by both SFS Metro New York and Jekyll & Hyde only as additional security for the terms agreement of credit applications and does not constitute a novation or otherwise replace or modify the terms set forth therein.  SFS Metro New York also reserves the right to assert any other claim it may have against Jekyll & Hyde at any time.  Please contact me at (201) 433-2000, extension 2837, if you have any questions or would like to discuss.

If the foregoing is consistent with your understanding of our agreement with respect to the Security Deposit, please sign below where indicated to confirm your agreement thereto.

Very truly yours,

Charnelle Harvey
Credit and Collections Manager.

CH/

Accepted and agreed to:

Jekyll & Hyde Group

By: _____

Its: _____

Printed Name: _____

# EXHIBIT H

For Internal Use Only

MARKET SEGMENT _____

@ Prefix    Yes _____ No _____

NATIONAL ID _____
PRICE DEFAULT _____
SYSCO C A R E S
TYPE OF OPERATION _____
CUISINE CODE _____

### DELIVERY TIMES

| MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | |
|---|---|---|---|---|---|---|---|---|---|
| Earliest Delivery Hour | Latest Delivery Hour | Earliest Delivery Hour | Latest Delivery Hour | Earliest Delivery Hour | Latest Delivery Hour | Earliest Delivery Hour | Latest Delivery Hour | Earliest Delivery Hour | Latest Delivery Hour |
| 5:30A | 7:30A | | | 5:30A | 7:30A | | | 5:30A | 7:30A |

*IMPORTANT – Missing information will delay processing of this application*

Other Comments _____
_____

Special Needs / Deliveries _____

Route _____

Salesperson *Thomas Buffa*    # S7TJB

Automatic Substitution    Yes ✓    No _____

Terms Approved          Credit Limit          Authorization / Approval

30 EOM

Acct Number

324293



*At SYSCO we're dedicated to providing the finest foodservice products available*
*We take pride in offering you a broad variety of products of the highest value, always at a competitive price*
*That's our commitment to you  That's service excellence*

# SYSCO.
C O R P O R A T I O N
(4/01)

We look forward to providing you with SYSCO'S professional, personal service.

## TERMS AND CONDITIONS

*This Customer Account Application ("Application") is made to Sysco Corporation, Sygma Network, Inc., Sygma Network of Ohio, Inc., and all subsidiaries and affiliates (collectively "Sysco") for the purpose of inducing Sysco to extend credit accommodations to the Applicant named below, and in accordance with the following terms.*

1. Upon approval of this Application, Sysco, in its sole discretion and notwithstanding any request of Applicant shall have the right to terminate credit privileges under this Application at any time without prior notice to Applicant, except as otherwise provided by law.

2. All purchases by Applicant of goods and/or services from Sysco will be made in accordance with the terms and conditions of this Application and any invoices and/or other documents evidencing Applicant's obligations to Sysco, all of which are incorporated herein by this reference.

3. The entire outstanding balance due to Sysco on all invoices shall become due in full immediately upon default in the payment of any invoice. Applicant agrees to pay interest in the amount of 1 1/2% per month or the highest rate permitted by law whichever is less on any past due amounts until collected and Applicant agrees to pay all costs of collection incurred by Sysco including attorneys' fees and expenses should a default in payment or any other obligation of Applicant to Sysco occur.

4. If this Application is not fully approved or if any other adverse action is taken with respect to Applicant's credit

with Sysco, Applicant has the right to request within 60 days of Sysco's notification of adverse action, a statement of specific reasons for such action, which statement will be provided within 30 days of such request. The Federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning the creditor is Federal Trade Commission, Washington D.C.

5. This Application and all transactions between Applicant and Sysco shall be governing by and interpreted in accordance with the laws and decisions of the state where Sysco's operating company which provided this Application is located without regard to the conflicts of law provisions thereof (the "Applicable State")

6. Applicant and Sysco irrevocably agree, and hereby consent

and submit to the non-exclusive jurisdiction of any state or federal court located in the Applicable State, with regard to any actions or proceedings arising from, relating to or in connection with Applicant's obligations to Sysco or this Application. Applicant hereby waives any right Applicant may have to transfer or change the venue of any litigation filed in such courts.

7. If Applicant ceases doing business with Sysco for any reason, Applicant will immediately purchase from Sysco all remaining proprietary/special order items in Sysco's inventory.

8. Applicant expressly agrees that Sysco shall not be responsible for any product nonconformity as to quantity, quality, or price unless noted on the original delivered receipt at the time of delivery or unless Sysco is notified in writing any such nonconformity within three (3) days of delivery by certified mail return receipt requested.

9. Except as to quantity of goods ordered, no terms and conditions set forth in any purchase order or other forms of Applicant will apply to sales by Sysco to Applicant.

The approximate initial amount of credit that Applicant requires per month shall not be binding upon Sysco, nor shall Sysco incur liability by granting, reducing, increasing or refusing such amount. Applicant hereby certifies that the information furnishing under this Application and any other financial statements furnished in connection herewith, is true and correct and that this information is being furnished to Sysco for the purpose of inducing Sysco to extend credit to Applicant and understands that Sysco intends to rely upon such information. Applicant understands and agrees to be bound by the above terms and all invoices and other documents furnished by Sysco from time to time all of which are incorporated herein by reference, and to advise Sysco of any material change in the information provided herein, including but not limited to change of ownership, address or telephone number. Applicant understands that Sysco will retain this Application whether or not it is approved. Applicant hereby authorizes Sysco to check Applicant's and Applicant's principals' credit history and trade, bank and personal references (whether or not referenced in this Application) for customary credit information, to confirm the information contained in this Application, including but not limited to, sending a copy hereof to trade and bank references and to release information to other creditors regarding Applicant's credit experience with Sysco.

## AUTHORIZATION FOR CREDIT REPORT

The undersigned is executing this Authorization for Credit Report individually, for the purpose of authorizing Sysco Corporation ("Creditor") to obtain a consumer credit report from time to time on the undersigned individual through credit and consumer reporting agencies or other sources, in order to further evaluate the credit worthiness of such individual in connection with the credit evaluation process and the proposed extension of business credit to Applicant and any affiliates or related companies (collectively "Applicant") THE UNDERSIGNED AS AN INDIVIDUAL HEREBY KNOWINGLY CONSENTS TO THE USE OF SUCH CREDIT REPORT IN

ACCORDANCE WITH FEDERAL FAIR CREDIT REPORT ING ACT AS CONTAINED IN 15 U.S.C. 1681 ET SEQ., AS AMENDED FROM TIME TO TIME

If the application for business credit is not approved in full or if any other adverse action is taken with respect to Applicant's credit with Creditor, Applicant has the right to request within 60 days of Applicant's notification of such action, a statement of specific reasons for action, which statement will be provided within 30 days of such request. To obtain the statement of specific reasons, please contact the Credit Department

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the Applicant has the capacity to enter into a binding contract) because all or part of Applicant's income derives from any public assistance programs, or because Applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning the creditor is the Federal Trade Commission, Washington D.C.

APPLICANT

(FULL FIRM NAME) X

BY AUTHORIZED AGENT X

(PRINTED NAME & TITLE) X                                           X (SIGNATURE & DATE)

## INDIVIDUAL PERSONAL GUARANTY

This undersigned ("Guarantor") having a financial interest in Applicant and benefiting from the transactions contemplated by this Application hereby personally guarantees the payment by Applicant to Sysco Corporation, Sygma Network, Inc., Sygma Network of Ohio, Inc. and all subsidiaries and affiliates (collectively "Sysco") of all amounts due and owing now and from time to time hereafter from Applicant to Sysco (the "Liabilities") Guarantor expressly waives notice from Sysco of its acceptance and reliance on this Guaranty, notice of this made to Applicant and notice of default by Applicant. The obligations of Guarantor hereunder shall not be affected, excused modified or impaired upon the happening from time to time of any event. No setoff, counterclaim or reduction of any other term or any defense of any kind or nature which Guarantor has or may have against Applicant or Sysco shall be available herein der to Guarantor against Sysco. In the event of a default by Applicant on its obligations to Sysco, Sysco may proceed directly to enforce its rights hereunder and shall have the right to pro-

ceed first against Guarantor, without proceeding with or exhausting any other remedies it may have. Guarantor (i) hereby acknowledges that he or she may have rights of indemnification contribution, reimbursement or exoneration from Applicant if Guarantor performs his or her obligations under this Guaranty (collectively the "Rights"), (ii) understands the benefits of having such Rights and (iii) in further consideration of Sysco extending financial accommodations to Applicant knowingly and voluntarily waives and relinquishes any Rights which may arise. Guarantor agrees to pay all fees, costs and expenses including reasonable, attorneys fees, which may be incurred by Sysco in enforcing this Guaranty or protecting its rights following any default by Applicant on the part of Guarantor. Guarantor agrees that an interest charge of one and one half (1 1/2)% percent per month or the highest rate permitted by law, whichever is less shall be assessed on any amount due and owing to Sysco by Guarantor under this Guaranty until collected. This Guaranty shall be binding upon Guarantor and Guarantor's heirs, succes-

sors, assigns, representatives and survivors and shall inure to the benefit of Sysco, its successors, assigns, affiliates and shareholders and may be assigned by Sysco without notice to Guarantor. This Guaranty shall be governed by and interpreted under the laws and decisions of the state where Sysco's operating company which provided this Application is located without regard to the conflicts of law provisions thereof (the "Applicable State") Guarantor and Sysco irrevocably agree, and hereby consent and submit to the nonexclusive jurisdiction of any state or fed eral court located in the Applicable State with regard to any actions proceeding arising from, relating to or in connection with the Liabilities, this Guaranty or any collateral or security thereof Guarantor hereby waives any right Guarantor may have to transfer or change the venue of any litigation filed in such courts. If executed by more than one, the obligations of Guarantor shall joint and several and all references to the singular shall be deemed in the plural.

PRINT NAME                                           SIGNATURE & DATE

PRINT NAME                                           SIGNATURE & DATE

USE OF A CORPORATE TITLE SHALL IN NO WAY LIMIT THE PERSONAL LIABILITY OF THE PERSONAL GUARANTY SIGNATORY

*For Sysco's Use Only*
Notwithstanding the signature below of a Sysco representative evidencing only the optional review of the foregoing, the credit department of Sysco shall in no way be bound thereby to act upon this application or extend credit to Applicant.

SALES REPRESENTATIVE NAME                              SIGNATURE & DATE    10·18·01

**WE'D LIKE YOUR SHIPPING AND BILLING ADDRESSES:**

DATE *10·18·01*

SHIP TO: *6th Ave Food Service*

OWNERSHIP NAME

*1409  6th Ave*

(DBA) TRADE NAME

*NY  NY*

ADDRESS

CITY, STATE, ZIP          PHONE NO

BILL TO:

ADDRESS *SAME*

CITY, STATE, ZIP

ACCOUNTS PAYABLE CONTACT

ACCOUNTS PAYABLE PHONE NO          A/P FAX NO

**TELL US THE FACTS ABOUT YOUR BUSINESS:**

NEW OWNER?  ☐ YES  ☒ NO    PURCHASE DATE _____    LENGTH OF PRESENT OWNERSHIP _____

PREVIOUS/OTHER LOCATION _____

BUILDING/FACILITIES  ☐ OWNED  ☐ LEASED   OWNER'S NAME _____

☒ PROPRIETORSHIP  ☐ PARTNERSHIP  ☐ LIMITED PARTNERSHIP  ☐ CORPORATION  ☐ LIMITED LIABILITY COMPANY  ☐ NON PROFIT

SS#/CORP ID *13-6184972*          RESALE STATUS  YES  OR  NO

**PROVIDE THE FOLLOWING INFORMATION FOR INDIVIDUAL PROPRIETORS, GENERAL PARTNERS OR CORPORATE OFFICERS**

*O. R. Finley*          *President*

NAME AND TITLE          NAME AND TITLE          NAME AND TITLE

HOME ADDRESS          HOME ADDRESS          HOME ADDRESS

CITY, STATE ZIP          CITY, STATE, ZIP          CITY, STATE ZIP

HOME PHONE NO          HOME PHONE NO          HOME PHONE NO

SOCIAL SECURITY NO          SOCIAL SECURITY NO          SOCIAL SECURITY NO

**LET US KNOW WHAT YOU NEED FROM US:**

TYPE OF BUSINESS  ☒ RESTAURANT/FINE DINING  ☐ FAST FOODS  ☐ FAMILY  ☐ INSTITUTIONAL  ☐ HOTEL/MOTEL  ☐ SEATING CAP ___
                  ☐ HOSPITAL  ☐ NURSING HOME  NUMBER OF BEDS ___  ☒ OTHER ___

GENERAL INFORMATION  WEEKLY PURCHASES $_____    MONTHLY SALES VOLUME $_____    NUMBER OF EMPLOYEES _____

TERMS REQUESTED  ☐ COD  ☐ WEEKLY  ☒ NET 21 DAYS   *14 days*

**FILL US IN ON WHO YOUR BANKER IS:**

*Chase Manhattan*

BANK NAME          ADDRESS          CITY, STATE  ZIP

LOAN OFFICER          PHONE NO

CHECKING (ACCOUNT NO )          BALANCE          LOANS (ACCOUNT NO )          BALANCE

**GIVE US A FEW REFERENCES, FOOD DISTRIBUTORS PREFERRED:**

BUSINESS NAME          BUSINESS NAME          BUSINESS NAME

*SYSCO*

STREET ADDRESS          STREET ADDRESS          STREET ADDRESS

CITY, STATE ZIP          CITY, STATE ZIP          CITY, STATE  ZIP

PHONE NO          PHONE NO          PHONE NO

So we deliver accurate orders, on time, to the right person, at the right place...

So we understand your company's history...

So the products and services we offer fit your needs exactly...

So we're familiar with your professional support people...

So we understand your company's personality in the marketplace...

*322293*

**WE'D LIKE YOUR SHIPPING AND BILLING ADDRESSES:**

SHIP TO:                                          BILL TO:                          DATE _____

Sixth Ave. Food Services LTD          Same
OWNER/SHIP NAME                                   ADDRESS

1409 6th Ave
D/B/A TRADE NAME                                  CITY STATE ZIP

NY NY
ADDRESS                                           ACCOUNTS PAYABLE CONTACT

CITY STATE ZIP          PHONE NO         ACCOUNTS PAYABLE PHONE NO        A/P FAX NO

**TELL US THE FACTS ABOUT YOUR BUSINESS:**

NEW OWNER?  ☐ YES  ☑ NO    PURCHASE DATE _____ LENGTH OF PRESENT OWNERSHIP _____

PREVIOUS/OTHER LOCATION _____

BUILDING/FACILITIES  ☐ OWNED  ☐ LEASED   OWNER'S NAME _____

☑ PROPRIETORSHIP  ☐ PARTNERSHIP  ☐ LIMITED PARTNERSHIP  ☐ CORPORATION  ☐ LIMITED LIABILITY COMPANY  ☐ NON-PROFIT

SSN/CORP ID  13-6184921          RESALE STATUS  YES  OR  NO

PROVIDE THE FOLLOWING INFORMATION FOR INDIVIDUAL PROPRIETORS, GENERAL PARTNERS OR CORPORATE OFFICERS.

D. R. Finly   President
NAME AND TITLE              NAME AND TITLE              NAME AND TITLE

HOME ADDRESS               HOME ADDRESS                HOME ADDRESS

CITY STATE ZIP             CITY STATE ZIP              CITY STATE ZIP

HOME PHONE NO              HOME PHONE NO               HOME PHONE NO

SOCIAL SECURITY NO         SOCIAL SECURITY NO          SOCIAL SECURITY NO

**LET US KNOW WHAT YOU NEED FROM US:**

TYPE OF BUSINESS:  ☑ RESTAURANT/FINE DINING  ☐ FAST FOODS  ☐ FAMILY  ☐ INSTITUTIONAL  ☐ HOTEL/MOTEL  ☐ SEATING CAP ___
                   ☐ HOSPITAL  ☐ NURSING HOME   NUMBER OF BEDS _____   ☐ OTHER _____

GENERAL INFORMATION  WEEKLY PURCHASES $ _____  MONTHLY SALES VOLUME $ _____  NUMBER OF EMPLOYEES _____

TERMS REQUESTED:  ☐ COD  ☐ WEEKLY  ☐ NET 21 DAYS   ~~Net 21 Days~~ 14 dAYS

**FILL US IN ON WHO YOUR BANKER IS:**

Chase Manhattan
BANK NAME                                ADDRESS                    CITY STATE ZIP

LOAN OFFICER                             PHONE NO

CHECKING (ACCOUNT NO.)   BALANCE        LOANS (ACCOUNT NO.)   BALANCE

**GIVE US A FEW REFERENCES, FOOD DISTRIBUTORS PREFERRED:**

BUSINESS NAME              BUSINESS NAME               BUSINESS NAME

## TERMS AND CONDITIONS

This Customer Account Application ("Application") is made to Sysco Corporation, Sygma Network, Inc., Sygma Network of Ohio, Inc., and all subsidiaries and affiliates (collectively "Sysco") for the purpose of inducing Sysco to extend credit accommodations to the Applicant named below, and in accordance with the following terms

1. Upon approval of this Application, Sysco, in its sole discretion and notwithstanding any request of Applicant, shall have the right to terminate Applicant's credit privileges [illegible]

2. All purchases by Applicant of goods and/or services from Sysco will be made in accordance with the terms and conditions of this Application and any invoices and/or other documents evidencing Applicant's obligations to Sysco, all of which are incorporated herein by this reference.

3. The entire outstanding balance due to Sysco on all invoices shall become due on full immediately upon default in the payment of any invoice. Applicant agrees to pay interest at the amount of 1-1/2% per month, or the highest rate permitted by law whichever is less, on any past due amounts until collected. And Applicant agrees to pay all costs of collection incurred by Sysco, including attorneys' fees and expenses should a default in payment or any other obligation of Applicant to Sysco occur.

4. If this Application is not fully approved or if any other adverse action is taken with respect to Applicant's credit with Sysco, Applicant has the right to request within 60 days of Sysco's notification of adverse action, a statement of specific reasons for such action, which statement will be provided within 30 days of said request. The Federal Equal [illegible] discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract) because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning the creditor is Federal Trade Commission, Washington, D.C.

5. This Application and all transactions between Applicant and Sysco shall be governed by and interpreted in accordance with the laws and decisions of the state where Sysco's operating company which provided this Application is located, without regard to the conflicts of law provisions thereof (the "Applicable State").

6. Applicant and Sysco irrevocably agree and hereby consent and submit to the non-exclusive jurisdiction of any state or federal court located in the Applicable State with regard to any actions or proceedings arising from, relating to or in connection with Applicant's obligations to Sysco or this [illegible] any right to transfer or change the venue of any litigation filed in such courts.

7. If Applicant ceases doing business with Sysco for any reason, Applicant will immediately purchase from Sysco all remaining proprietary/special order items in Sysco's inventory.

8. Applicant expressly agrees that Sysco shall not be responsible for any product nonconformity as to quantity, quality, or price, unless noted on the original delivered receipt at the time of delivery or unless Sysco is notified in writing of such nonconformity within three (3) days of delivery by certified mail return receipt requested.

9. Except as to quantity of goods ordered, no terms and conditions set forth in any purchase order or other forms of Applicant will apply to sales by Sysco to Applicant.

The approximate initial amount of credit that Applicant requests per month shall not be binding upon Sysco nor shall Sysco incur liability by granting, reducing, increasing or refusing such amount. Applicant hereby certifies that the information furnished under this Application and any other financial statements furnished in connection herewith is true and correct and that this information is being furnished to Sysco for the purpose of inducing Sysco to extend credit to Applicant, and understands that Sysco intends to rely upon such information. Applicant understands and agrees [illegible] terms and all invoices and other documents furnished by Sysco from time to time, all of which are incorporated herein by reference, and to advise Sysco of any material [illegible]

[illegible] information to other creditors regarding Applicant's credit experience with Sysco.

### AUTHORI[illegible]

[illegible] for the purpose of evaluating Sysco Corporation ("Creditor") to obtain a consumer credit report from time to time on the undersigned individual through credit and consumer reporting agencies or other sources, in order to further evaluate the credit worthiness of such individual in connection with the credit evaluation process and the proposed extension of business credit to Applicant and any affiliates or related companies (collectively "Applicant"). THE UNDERSIGNED, AS AN INDIVIDUAL, HEREBY KNOWINGLY CONSENTS TO THE USE OF SUCH CREDIT REPORT IN [illegible] WITH FEDERAL FAIR CREDIT REPORT [illegible] CONTAINED IN 15 U.S.C. 1681 ET SEQ. AS AMENDED FROM TIME TO TIME.

If the application for business credit is not approved in full or if any other adverse action is taken with respect to Applicant's credit with Creditor, Applicant has the right to request within 60 days of Applicant's notification of such adverse action, a statement of specific reasons for action, which statement will be provided within 30 days of said request. To obtain the statement of specific reasons please contact the Credit Department.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age [illegible] because all or part of Applicant's income derives from any public assistance program, or because Applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Washington, D.C.

APPLICANT X sixth Avenue Food Services LTD

(FULL FIRM NAME)

BY AUTHORIZED AGENT X O.R. Finly, President [signature]

(PRINTED NAME & TITLE) (SIGNATURE & DATE)

## INDIVIDUAL PERSONAL GUARANTY

The undersigned ("Guarantor"), having a financial interest in Applicant and benefiting from the transactions contemplated by this Application, hereby personally guarantees the payment by Applicant to Sysco Corporation, Sygma Network, Inc., Sygma Network of Ohio, Inc., and all subsidiaries and affiliates (collectively "Sysco") of all amounts due and owing now, and from time to time hereafter from Applicant to Sysco (the "Liabilities"). Guarantor expressly waives notice from Sysco of its acceptance and reliance on this Guaranty, notice of sales made to Applicant, and notice of default by Applicant. The obligations of Guarantor hereunder shall not be affected, released, modified or impaired upon the happening, from time to time, of any event. No set-off, counterclaim, reduction of any obligation or any defense of any kind or nature which Guarantor has or may have against Applicant or Sysco shall be available hereunder to Guarantor against Sysco. In the event of a default by Applicant on its obligations to Sysco, Sysco may proceed directly to enforce its rights hereunder and shall have the right to proceed against Guarantor, without proceeding with or exhausting any other remedies it may have. Guarantor (i) hereby acknowledges that he or she may have rights of indemnification, contribution, reimbursement or subrogation from Applicant if Guarantor performs his or her obligations under this Guaranty (collectively the "Rights"), (ii) understands the benefits of having such Rights and (iii) for and in consideration of Sysco entering Sysco's accommodations to Applicant, knowingly and voluntarily waives and relinquishes any Rights which may arise. Guarantor agrees to pay all fees, costs and expenses, including reasonable attorneys' fees, which may be incurred by Sysco in enforcing this Guaranty or protecting its rights following any default on the part of Guarantor. Guarantor agrees that an interest charge of one and one-half (1 1/2%) percent per month, or the highest rate permitted by law, whichever is less, shall be assessed on any amount due and owing to Sysco by Guarantor until this Guaranty shall be collected. This Guaranty shall be binding upon Guarantor and Guarantor's heirs, successors, assigns, representatives and survivors, and shall inure to the benefit of Sysco, its successors, assigns, affiliates and subsidiaries and may be assigned by Sysco without notice to Guarantor. This Guaranty shall be governed by and interpreted under the laws and decisions of the state where Sysco's operating company which provided this Application is located, without regard to the conflicts of law provisions thereof (the "Applicable State"). Guarantor and Sysco irrevocably agree and hereby consent and submit to the nonexclusive jurisdiction of any state or federal court located in the Applicable State with regard to any action or proceeding arising from, relating to or in connection with the Liabilities, this Guaranty or any collateral or security thereof. Guarantor hereby waives any right Guarantor may have to transfer or change the venue of any litigation filed in such courts. If executed by more than one, the obligations of Guarantor shall joint and several and all references to the singular shall be deemed in the plural.

PRINT NAME

SIGNATURE & DATE

# EXHIBIT I

**From:** dfinley [mailto:dfinley@optonline.net]
**Sent:** Monday, October 29, 2007 9:14 AM
**To:** Levy, David C. 076
**Subject:** Re:

I faxed you for the 2nd time on Friday about the $30K payment.  I faxed you the list of invoices that it is applied to.  It is to pay the June 06 6th Ave account bills.  The balance of the those bills will be paid with the monthly payments.  I also gave Glenn a copy of the fax so that he can give it to you again if you did not get this one either.

As far as the end of October payments I will get back to you later in the day.  I still have some more accounting work to do.

On Oct 29, 2007, at 6:27 AM, Levy, David C. 076 wrote:


Hello D.R.,

With the end of October here already would you please communicate with me where we stand on your end of month payments and the $100,000 note. I would like to ensure that things go smoothly for all of us.
I am in the office all day or just e-mail me back with what we can expect. Also, I am still waiting to see where you want the $30,000 credit placed. I am sure that you understand that the $30,000 rebate needs to be treated separately from any other payment deals.



Thanks,

David

000465

# EXHIBIT J

Steven Mitnick, Esq.
Admitted *Pro Hac Vice*
Mitnick & Malzberg, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel for Plaintiff

Melissa A. Pena, Esq. (MP-3320)
Norris, McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Local Counsel for Plaintiff

| | |
|---|---|
| SYSCO FOOD SERVICES OF METRO NEW YORK, LLC | : UNITED STATES DISTRICT COURT<br>: FOR THE SOUTHERN DISTRICT OF<br>: NEW YORK |
| | : |
| Plaintiff, | : |
| v. | : Civ. Case No. 08-02958 (BSJ)(JCF) |
| | : |
| JEKYLL & HYDE, INC., SIXTH AVENUE FOOD SERVICES LTD. and DONALD R. FINLEY, | : |
| | : |
| | :    **SECOND AMENDED COMPLAINT** |
| Defendants. | : |

Plaintiff, Sysco Food Services of Metro New York, LLC,
through its attorneys Mitnick & Malzberg, P.C. and Norris,
McLaughlin & Marcus, PA, as for its Second Amended Complaint
against Defendants alleges as follows:

## STATEMENT OF JURISDICTION

1.    Plaintiff, Sysco Food Services of Metro New York, LLC is a company incorporated in the State of Delaware with a principal place of business located at 20 Theodore Conrad Drive, Jersey City, New Jersey 07305.

2.    Defendant, Jekyll & Hyde, Inc. ("Jekyll") is a New York corporation with a principal place of business located at 91 Seventh Avenue South, New York, New York 10014.

3.    Defendant, Sixth Avenue Food Services Ltd. ("Sixth") is an unincorporated corporation with an office located at 1409 Avenue of the Americas, New York, NY 10019.

4.    Defendant, Donald R. Finley ("Finley") is the principal of Jekyll and has conducted business under the Sixth Avenue Food Services Ltd. name.  Upon information and belief, Finley is a resident of the State of New York residing at 39 Overlook Road, Locust Valley, New York 11560.

5.    Jurisdiction of this Court is based upon diversity of citizenship, pursuant to 28 U.S.C. § 1322, *et seq.*, and the amount in controversy exceeds the allowed amount.

## FIRST COUNT

1.    There is due from the defendant Jekyll & Hyde, Inc., (previously defined as "Jekyll"), to the plaintiff the sum of $203,042.16 on a certain book account, a true copy of which is annexed hereto as Exhibit "A."  Payment has been demanded and has not been made.

2.    The plaintiff sues the defendant Jekyll for goods sold and delivered and/or services rendered by the plaintiff to the defendant, upon the promise by Jekyll to pay the agreed amount as set forth in Exhibit "A" annexed hereto.  Payment has been demanded and has not been made.

3.    The plaintiff sues the defendant Jekyll for the reasonable value of goods sold and delivered, and/or services rendered by the plaintiff to the defendant Jekyll upon the promise of Jekyll to pay a reasonable price for the same, as set forth in Exhibit "A" annexed hereto.  Payment has been demanded and has not been made.

4.    The defendant, Jekyll, being indebted to the plaintiff in the sum of $203,042.16 upon an account stated between them, did promise to pay to the plaintiff said sum upon demand. Payment has been demanded and has not been made.

WHEREFORE,  plaintiff  demands  judgment  against  the defendant, Jekyll in the sum of $203,042.16, plus attorneys fees

pursuant to the credit application or as permitted by law, plus interest and costs.

<div align="center">

**SECOND COUNT**

</div>

1.   Plaintiff repeats the allegations contained in the First Count of its Second Amended Complaint as if set forth at length herein.

2.   There is due from the defendant, Sixth Avenue Food Services Ltd. (previously defined as "Sixth"), to the plaintiff the sum of $452,078.76 on a certain book account, a true copy of which is annexed hereto as Exhibit "B." Payment has been demanded and has not been made.

3.   The plaintiff sues the defendant Sixth for goods sold and delivered and/or services rendered by the plaintiff to the defendant, upon the promise by Sixth to pay the agreed amount as set forth in Exhibit "B" annexed hereto. Payment has been demanded and has not been made.

4.   The plaintiff sues the defendant, Sixth for the reasonable value of goods sold and delivered, and/or services rendered by the plaintiff to the defendant Sixth upon the promise of Sixth to pay a reasonable price for the same, as set forth in Exhibit "B" annexed hereto. Payment has been demanded and has not been made.

5.   The defendant, Sixth, being indebted to the plaintiff in the sum of $452,078.76 upon an account stated between them,

did promise to pay to the plaintiff said sum upon demand. Payment has been demanded and has not been made.

WHEREFORE, plaintiff demands judgment against the defendant Sixth in the sum of $452,078.76 plus attorneys fees pursuant to the credit application or as permitted by law, plus interest and costs.

### THIRD COUNT

1.    Plaintiff repeats the allegations contained in the First through Second Counts of its Second Amended Complaint as if set forth at length herein.

2.    On or about October 18, 2001, defendant Finley submitted a Customer Account Application to Plaintiff (the "Application").

3.    The Applicant identified on the Application was "Sixth Avenue Food Services Ltd."

4.    Finley signed the Application as President of Sixth Avenue Food Services Ltd.

5.    The Application further identifies that the "Ownership Name" of the business entity where Plaintiff should ship product to as "Sixth Avenue Food Services Ltd." and that shipments should be made to 1409 Sixth Avenue, New York, New York.

6.    The Application further sets forth a tax identification number for Sixth.

7. Sysco sold goods to Sixth on credit upon the representations made by Finley in the Application that Sixth was a valid corporation.

8. After Sysco opened an account for Sixth, payments were made on the account and, from time to time, Finley requested that a payment be applied to the Sixth Avenue account.

9. At all times relevant hereto, Finley represented that Sixth was a valid corporation.

10. Under New York law, an individual who conducts business as a nonexistent corporation is personally liable for the debts of the unincorporated corporation.

11. As such, Finley is personally liable for the amounts due and owing under the Sixth invoices identified on Exhibit "B."

WHEREFORE, plaintiff demands judgment against the defendant Finley in the sum of $452,078.76 plus attorneys fees pursuant to the credit application or as permitted by law, plus interest and costs.

## FOURTH COUNT

1. Plaintiff repeats the allegations contained in the First through Third Counts of its Second Amended Complaint as if set forth at length herein.

2. In the Application, Finley misrepresented to Sysco that Sixth was a valid corporation.

3.    After Sysco opened an account for Sixth, Finley continued to misrepresent to Sysco that Sixth was a valid corporation.

4.    The aforementioned misrepresentations by Finley were material.

5.    At the time Finley made these material misrepresentations, Finley knew that Sixth was not a valid corporation.

6.    Sysco relied on Finley's misrepresentations and suffered damages as a result of its reasonable reliance.

7.    Finley's conduct constitutes fraud entitling Plaintiff to relief for the resulting damages.

WHEREFORE, plaintiff demands judgment against Finley awarding Plaintiff compensatory damages in an amount no less than the amounts due from Sixth under the invoices identified in Exhibit "B" plus interest as well as attorneys fees and costs.

## FIFTH COUNT

1.    Plaintiff repeats the allegations contained in the First through Fourth Counts of its Second Amended Complaint as if set forth at length herein.

2.    Upon information and belief, Defendants, Jekyll and Sixth, have the same officers, directors and shareholders, including Finley.

12.   Upon information and belief, Defendants share one or more of the same employees.

13.   Defendants each conduct the same type of business, operating restaurants and bars in the New York City area.

14.   Defendants commingled their liabilities to plaintiff. For example, on January 26, 2007, Jekyll paid the sum of $121,014.87 by check to plaintiff for goods sold, delivered and invoiced to Sixth.  Annexed hereto as Exhibit "C" is a copy of the January 26, 2007 check and the invoices issued to Sixth Avenue, which were paid by such check.

15.   Upon information and belief, Defendants were not treated as independent profit centers.

16.   Upon information and belief, Finley commingled his personal assets with the assets of Jekyll and/or Sixth.

17.   Upon information and belief, Finley caused Jekyll to pay his personal liabilities.

18.   Upon information and belief, Defendants primarily transacted the business of one another such that the Defendants are alter egos of one another.

19.   Defendants' businesses are so inextricably intertwined and, thus, justify a disregard of the corporate structures.

20.   As a result of Defendants' conduct, plaintiff has been damaged.

WHEREFORE, plaintiff demands judgment that defendants Jekyll, Sixth and Finley are jointly and severally liable to plaintiff for the sum of $655,120.92, plus attorneys fees pursuant to the credit application or as permitted by law, plus costs.

NORRIS, McLAUGHLIN & MARCUS, PA

/s/ Melissa A. Peña
MELISSA A. PENA (MP-3320)
Local Counsel for Plaintiff
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Local Counsel for Plaintiff

Dated:  May __, 2010
        New York, New York

-and-

Mitnick & Malzberg, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel for Plaintiff