```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
SYSCO FOOD SERVICE OF METRO           :  08 Civ. 2958 (BSJ) (JCF)
NEW YORK, LLC,                        :
                                      :     O R D E R
              Plaintiff,              :
                                      :
       - against -                    :
                                      :
JEKYLL & HYDE, INC.; DEACON BRODY     :
MANAGEMENT INC. d/b/a JEKYLL &        :
HYDE GREENWICH VILLAGE and DONALD     :
R. FINLEY; BAYVILLE ENTERTAINMENT     :
INC. d/b/a BAYVILLE ADVENTURE PARK;   :
SIXTH AVENUE FOOD SERVICES LTD.;      :
NEW CASTLE FOODS INC.; DAVEY JONES    :
LOCKER MANAGEMENT, INC. d/b/a         :
SHIP WRECK TAVERN; and 186 WEST       :
4TH ST. MANAGEMENT CO., INC.          :
d/b/a OLIVERS BAR & GRILL,            :
                                      :
              Defendants.             :
- - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/11

Plaintiff having moved for sanctions based on defendants' failure to comply with my June 21, 2010 order, it is hereby ORDERED as follows:

1. An evidentiary hearing shall be held on February 7, 2011 beginning at 9:30 a.m. Counsel shall contact chambers the day before the hearing for information about the location.

2. Defendants' principal, Donald Finley, and defendants' accountants shall appear to testify.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:     New York, New York
           January 31, 2011

Copies mailed this date:

Melissa A. Pena, Esq.
Norris, McLaughlin & Marcus, PA
875 Third Avenue, 18th Floor
New York, New York 10022

Lawrence W. Rader, Esq.
225 Broadway, Suite 400
New York, New York 10007