# Norris McLaughlin & Marcus, P.A.
### ATTORNEYS AT LAW

# MEMO ENDORSED

June 16, 2011

**VIA FACSIMILE at (212) 805-7930**
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/11
```

RE:   **Sysco Food Services of Metro New York, LLC v. Jekyll & Hyde,** *et al.*
       **Case No. 08-CV-02958(BSJ)**

Dear Judge Francis:

This firm serves as local counsel for plaintiff, Sysco Food Services of Metro New York LLC ("Sysco") in the above-referenced matter.

In late May 2011, Sysco filed a Motion Seeking Leave to File a Second Amended Complaint (the "Motion"). Since such time, we have endeavored to obtain defendants' consent to a briefing schedule. Sysco and the defendants have agreed to and hereby propose the following briefing schedule: (1) June 30, 2011 - defendants' deadline to oppose the Motion; and (2) July 15, 2011 - Sysco's deadline to file a reply in further support of the Motion.

We respectfully request that the above-referenced briefing scheduled be "so ordered" by the Court.

We thank the Court for its attention to this request.

*Application granted. 6/17/11*
*No extensions.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*

Respectfully submitted,
NORRIS, McLAUGHLIN & MARCUS, PA

Melissa A. Peña

cc:   Lawrence W. Radner, Esq. (Via Email & First Class Mail)



NY: 875 Third Avenue, 8th Floor  New York, NY 10022  •  P: (212) 808-0700  •  F: (212) 808-0844
NJ: 721 Route 202-206  P.O. Box 5933  Bridgewater, NJ 08807-5933  •  P: (908) 722-0700  •  F: (908) 722-0755
PA: The Paragon Centre, Suite 300  1611 Pond Road  Allentown, PA 18104-2258  •  P: (610) 391-1800  •  F: (610) 391-1805
www.nmmlaw.com E: info@nmmlaw.com